IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICAH GIBLAINT and CHLOE HOSEK,
and others similarly situated,

        Plaintiffs,

v.                                                                        Civil Action No.: 1:24-cv-00909
                                                                         **COLLECTIVE ACTION**

J&T RESTAURANTS ROUND ROCK,
L.L.C.;
J&T RESTAURANTS 2, L.L.C.;
GKSD CREEKSIDE, L.L.C.;
GKSD ANDERSON LANE, L.L.C.;
GKSD CEDAR PARK, L.L.C.;
GKSD RESTAURANT ENTERPRISES,
L.L.C.;
GKSD2 RESTAURANT ENTERPRISES,
L.L.C.;
JACK GILMORE and TOM KAMM,

        Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, MICAH GIBLAINT and CHLOE HOSEK (hereinafter sometimes referred to as "Plaintiffs"), and others similarly situated, by and through their undersigned counsel, sue Defendants, (1) J&T RESTAURANTS ROUND ROCK, L.L.C., (2) J&T RESTAURANTS 2, L.L.C., (3) GKSD CREEKSIDE, L.L.C., (4) GKSD ANDERSON LANE, L.L.C., (5) GKSD CEDAR PARK, L.L.C., (6) GKSD RESTAURANT ENTERPRISES, L.L.C., (7) GKSD2 RESTAURANT ENTERPRISES, L.L.C., (8) JACK GILMORE and (9) TOM KAMM (hereinafter sometimes referred to

collectively as "Defendants"), and in support thereof state as follows:

## SUMMARY

1.      Defendants operate seven restaurants as an enterprise in the Austin, Texas area.  Five of these restaurants operate under the name Jack Allen's Kitchen and two operate under the name Salt Traders Coastal Cooking.  Defendants failed to pay their servers the required federal minimum wage for each hour worked and misappropriated the servers' tips to pay other workers who do not customarily and regularly receive tips, specifically "silverware rollers" and "side work night bartenders," in violation of the Fair Labor Standards Act (FLSA) 29 U.S.C. §201 *et seq.*

## INTRODUCTION

2.      This is an action by Plaintiffs against their employers for unpaid wages and liquidated damages pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*.

## JURISDICTION

3.      This claim is properly before this Court pursuant to 28 U.S.C. § 1331, as this claim arises under federal law, and by the private right of action conferred in 29 U.S.C. § 216(b).

## VENUE

4.      Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because Defendants have offices Travis County, Texas.

## THE PARTIES

5.    Plaintiff, MICAH GIBLAINT, is an individual residing in Travis County, Texas and worked as a server for J&T RESTAURANTS ROUND ROCK L.L.C. within the last three years.

6.    Plaintiff, CHLOE HOSEK, is an individual residing in Travis County, Texas and worked as a server for GKSD CREEKSIDE, L.L.C. within the last three years..

7.    Defendant, J&T RESTAURANTS ROUND ROCK, L.L.C., is a limited liability company formed and existing under the laws of the State of Texas and operates a restaurant under the business name Salt Traders Coastal Cooking in Round Rock, Texas.

8.    Defendant, J&T RESTAURANTS 2, L.L.C., is a limited liability company formed and existing under the laws of the State of Texas and operates a restaurant under the business name Salt Traders Coastal Cooking in Austin, Texas.

9.    Defendant, GKSD CREEKSIDE, L.L.C., is a limited liability company formed and existing under the laws of the State of Texas and operates a restaurant under the business name Jack Allen's Kitchen at 3600 N. Capital of Texas Highway in Austin, Texas.

10.    Defendant, GKSD ANDERSON LANE, L.L.C., is a limited liability company formed and existing under the laws of the State of Texas and operates a restaurant under the business name Jack Allen's Kitchen at 3010 W. Anderson Lane in Austin, Texas.

11.    Defendant, GKSD CEDAR PARK, L.L.C., is a limited liability company formed and existing under the laws of the State of Texas and operates a restaurant under

the business name Jack Allen's Kitchen at 1345 E. Whitestone Boulevard in Cedar Park, Texas.

12.    Defendant, GKSD RESTAURANT ENTERPRISES, L.L.C., is a limited liability company formed and existing under the laws of the State of Texas and operates a restaurant under the business name Jack Allen's Kitchen at 7720 State Highway 71 in Austin, Texas.

13.    Defendant, GKSD2 RESTAURANT ENTERPRISES, L.L.C., is a limited liability company formed and existing under the laws of the State of Texas and operates a restaurant under the business name Jack Allen's Kitchen at 2500 Hoppe Trail in Round Rock, Texas.

14.    Defendant, JACK GILMORE, is an individual residing in Travis County, Texas, and at all times material to this matter was a managing member of the defendant limited liability companies (hereinafter collectively referred to as "Restaurants").

15.    Defendant, TOM KAMM, is an individual residing in Travis County, Texas, and at all times material to this matter was a managing member of the Restaurants.

16.    Defendants, JACK GILMORE and TOM KAMM, are individuals who at all times relevant to this matter acted directly or indirectly in the interest of the Restaurants in relationship to Plaintiffs, and others similarly situated. By virtue of these activities, Defendants are joint employers as defined by 29 U.S.C. § 203(d).

17.    Defendants, JACK GILMORE and TOM KAMM, (1) possessed the power to hire and fire the employees, (2) supervised and controlled employee work schedules or

conditions of employment, (3) determined the rate and method of payment, and (4) maintained employment records.    Therefore, Defendants JACK GILMORE and TOM KAMM are statutory employers under the FLSA.

18.    Defendants have employees subject to the provisions of 29 U.S.C. § 206 in the facilities where Plaintiffs and the class members were employed.

19.    Throughout Plaintiffs' employment, the Restaurants employed two or more employees and had an annual dollar volume of sales or business done of at least $500,000.00.

20.    Throughout Plaintiffs' employment, the Restaurants were an enterprise engaged in interstate commerce, operating a business engaged in commerce or in the production of goods for commerce as defined by § 3(r) and 3(s) of the Act, 29 U.S.C. §§ 203(r)-(s).

21.    The Restaurants were operated under common management and operating policies and procedures. See Exhibit A attached hereto.

22.    Throughout Plaintiffs' employment, Defendants were the employer of the Plaintiffs and others similarly situated and, as a matter of economic reality, Plaintiffs and others similarly situated were dependent upon Defendants for their employment.

23.    Plaintiffs and others similarly situated were individually engaged in commerce and produced goods for commerce and their work was directly and vitally related to the functioning of Defendants' business activities.

## <u>VIOLATION OF THE FAIR LABOR STANDARDS ACT</u>

24.     Plaintiffs re-allege and incorporate herein the allegations contained in Paragraphs 1 through 23 above.

25.     Plaintiffs and others similarly situated, 1) occupied the position of "server;" 2) did not hold a position considered as exempt under the FLSA; 3) were paid on an hourly basis; 4) had tips unlawfully retained by the Defendants; and 5) were paid below the then-current minimum wage.

26.     At all time material to this claim, the Restaurants applied the tip credit permitted under the FLSA and paid its servers $2.13 per hour.

27.     The Restaurants required its servers to participate in a tip pooling arrangement as explained in their Employee Handbook attached hereto as Exhibit A.

28.     Defendants retained the server's tips in an amount equal to 4% to 4.5% of the servers' gross sales and distributed a part of those retained tips to the silverware rollers and side work night bartenders, which are positions that do not customarily or regularly receive tips.   Attached as Exhibit B are examples of monthly Pay Report Tip Out for Plaintiff Micah Giblaint documenting for the servers on a monthly basis how much of their tips were distributed to other employees.

29.     In addition to allowing the silverware rollers to participate in the tip pool or, as an alternative to participating in the tip pool, the Restaurants' management deducted $5.00 per shift from the servers' tips and distributed that money to the silverware rollers. Despite retaining some of servers' tips and distributing a portion of those retained tips to

the silverware rollers and side work night bartenders, Defendants claimed a tip credit. Such an arrangement is prohibited under the FLSA, *see* 29 U.S.C. §203(m)(2)(B)

30.    Throughout the employment of Plaintiffs and others similarly situated, Defendants repeatedly and willfully violated Sections 6 and 15 of the Fair Labor Standards Act by retaining the tips earned by Plaintiffs and others similarly situated, and by failing to compensate Plaintiffs and others similarly situated at a rate not less than the current minimum wage of $7.25 an hour for each hour worked in a workweek.

31.    Pending any modifications necessitated by discovery, Plaintiffs preliminarily define this Class as follows:

ALL CURRENT OR FORMER SERVERS OF JACK ALLEN'S KITCHEN OR SALT TRADERS COASTAL COOKING WHO WORKED ANY TIME DURING THE PAST THREE YEARS.

32.    This action is properly brought as a collective action for the following reasons:

a.    The Class is so numerous that joinder of all Class Members is impracticable.

b.    Numerous questions of law and fact regarding the liability of Defendants are common to the Class and predominate over any individual issues which may exist.

c.    The claims asserted by Plaintiffs are typical of the claims of Class Members and the Class is readily ascertainable from Defendants' own records. A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

d.    Plaintiffs will fairly and adequately protect the interests of Class Members. The interests of Class Members are coincident with, and not antagonistic to, those of Plaintiffs. Furthermore, Plaintiffs are represented by experienced class action counsel.

e.     The prosecution of separate actions by individual Class Members would create a risk of inconsistent or varying adjudications with respect to individual Class Members which would establish incompatible standards of conduct for Defendants.

f.     The prosecution of separate actions by individual Class Members would create a risk of adjudications with respect to individual Class Members which would, as a practical matter, be dispositive of the interests of the other Class Members not parties to the adjudications or substantially impair or impede their ability to protect their interests.

g.     Defendants acted on grounds generally applicable to the Class, thereby making appropriate final injunctive relief with respect to the Class as a whole.

33.     Plaintiffs and Class Members are similarly situated, have substantially similar or identical job requirements and pay provisions, and are subject to Defendants' common practice, policy or plan regarding employee wages and hours.

34.     In addition to the named Plaintiffs, numerous employees and former employees of Defendants are similarly situated to Plaintiffs in that they have been denied minimum wages while employed by Defendants.

35.     Plaintiffs are representative of these other employees and are acting on behalf of their interests as well as Plaintiffs' own interests in bringing this action.

36.     Defendants either knew about or showed reckless disregard for the matter of whether their conduct was prohibited by the FLSA and failed to act diligently with regard to their obligations as employers under the FLSA.

37.     Defendants failed to act reasonably to comply with the FLSA, and so Plaintiffs, and all others similarly situated, are entitled to an award of liquidated damages

in an equal amount as the amount of retained tips and unpaid minimum wages pursuant to 29 U.S.C. § 216(b).

38.    As a result of Defendants' unlawful conduct, Plaintiffs and all others similarly situated are entitled to actual and compensatory damages, including the amount of unlawfully retained tips and minimum wages which was not paid that should have been paid.

39.    Plaintiffs and all others similarly situated are entitled to an award of reasonable and necessary attorneys' fees, costs, expert fees, mediator fees and out-of-pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs, MICAH GIBLAINT and CHLOE HOSEK, and all others similarly situated, demand Judgment against Defendants, jointly and severally, for the following:

a.    Determining that the action is properly maintained as a class and/or collective action, appointing Plaintiffs as the class representative, and appointing Plaintiffs' counsel as counsel for Class Members;

b.    Ordering prompt notice of this litigation to all potential Class Members;

c.    Awarding Plaintiffs and Class Members declaratory and/or injunctive relief as permitted by law or equity;

d.    Awarding Plaintiffs and Class Members their compensatory damages, service awards, attorneys' fees and litigation expenses as provided by law;

e.    Awarding Plaintiffs and Class Members their pre-judgment, moratory interest as provided by law, should liquidated damages not be awarded;

f.    Awarding Plaintiffs and Class Members liquidated damages and/or statutory penalties as provided by law;

g.    Awarding Plaintiffs and Class Members such other and further relief as the Court deems just and proper.

## <u>JURY TRIAL DEMAND</u>

Plaintiffs and others similarly situated, demand a jury trial on all issues so triable.

Respectfully submitted this August 12, 2024.

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawpc.com

_____

**CHARLES L. SCALISE**
Texas Bar No. 24064621

# EMPLOYEE HANDBOOK:
# Human Relations Polices





**EXHIBIT**

**A**

_____

Updated 10.3..23

# EMPLOYMENT GUIDEBOOK
## TABLE OF CONTENTS

**ABOUT US**

| | |
|---|---|
| Who Are We? | 5 |
| Teamwork & Interdependence | 5 |
| Our Service Philosophy Your | 5 |
| Management Team | 6 |
| Happy Hour | 6 |

**TOTAL COMPENSATION**

| | |
|---|---|
| Pay Days, Paychecks, Documentation of Hours Worked | 7 |
| Deductions | 7 |
| Employee Status | 7 |
| Notice of Tip Credit | 8 |
| Employee Insurance | 8 |
| Vacation | 9 |
| Holidays | 10 |
| Employee Meals | 10 |
| Be Our Guest | 10 |

**WORK ENVIRONMENT**

| | |
|---|---|
| Appearance Standards | 11 |
| Attendance, Schedules, Shift Responsibilities | 12 |
| Open Door/Problem Solving | 12 |
| Workplace Guidelines | 13 |
| Position Descriptions | 13 |
| Corrective Actions | 14 |
| Acknowledgements | 15 |
| Personnel File Access | 15 |
| Applications | 15 |
| Standards of Professionalism | 16 |
| Standards of Conduct | 16 |
| Code of Ethics | 17 |
| Conflicts of Interest | 17 |
| Hourly Employee Alcohol Policy | 17 |
| Drugs & Alcohol | 18 |
| Smoking | 18 |
| Workplace Violence | 18 |
| Solicitations | 18 |
| Communication | 19 |

References                                              19
Robbery & Security Guidelines                           19
Media                                                   20
Employee Belongings                                     20
Personal Phone Calls                                    20
Telephone Standards                                     20
Email and Computer Usage Policy                         20
Off Duty Conduct                                        21
Resignation                                             21
Lost Items                                              21
Service Animals Only                                    21
Social Media                                            22

## LEGAL INFORMATION

Equal Employment Opportunity                            23
Race, Color, Religion, Sex, National Origin             23
Disability                                              23
Age                                                     23
Sex (Wages)                                             23
Genetics                                                23
Retaliation                                             24
Discrimination                                          24
Respectful Treatment of People                          24
Accommodations of Disabilities                          24
Employment Relationship                                 24
Immigration Law Compliance                              25
Work Cards                                              25
Discrimination & Harassment Policies                    26
Sexual Harassment                                       27
Safety & Sanitation                                     28
Serving Alcohol Responsibly                             30
Uniformed Duty                                          30
Workers' Compensation                                   31
Family Medical Leave Act Investigation                  31

## ADDENDUM AND ACKNOWLEDGEMENTS

Employee Acknowledgement Form                           34
Tip Credit Acknowledgement Form                         35
Serving Alcohol Responsibly Form                        36
Location Specific Information                            37
Key Players                                             37
Hours of Operation                                      37
Address and Phone Number                                37
Manager Parking                                         37
Employee Parking                                        37

# Welcome to Jack Allen's Kitchen
# & Salt Traders Coastal Cooking

We are excited that you have chosen to join our team.

You are the most important part of our operation. We selected you for your position because of the skills, abilities, enthusiasm, courtesy, pride, ambition, and desire that you displayed during the interview process. You can take a tremendous amount of pride in the fact that you were chosen over many others who applied for your position.

As a new employee, please understand that you will experience a period of adjustment during the next several weeks. You will have many questions about your day-to-day job duties, your benefits, what to expect from us, and what we expect from you. Asking questions is the only way to learn, so we encourage you to ask away! We believe in "interdependence." It is the key to our success. Interdependence is a system of service based on mutual reliance, cooperation and teamwork.

The information presented in this guidebook is just that – a guide. It is to be used by all employees of Jack Allen's Kitchen (JAK) and Salt Traders Coastal Cooking (STCC). As JAK and STCC grows and changes, so will our policies, procedures, and benefits. JAK and STCC is an "at-will" employer (this means both you and JAK and STCC have the right to, freely and without cause, end the employment relationship) at any time, with or without prior notice. This guide is not intended to create an employment contract or any other sort of contractual rights in favor of you or the company.

Your success here will depend, in large part, on your ability and willingness to:
- Effectively gather and use the knowledge and information made available to you
- Ask questions and offer ideas to make us better
- Provide fast & friendly service to our guests
- Be an enthusiastic member of our team

With your dedication, both you, JAK and STCC will continue to grow and prosper.

4

# Welcome to Jack & Tom's Team

## WHO WE ARE

We are a restaurant with craveable food and drink in a casual, "the party's in here" atmosphere created by Chef Jack Gilmore and partner Tom Kamm. Pull up a chair – there are no strangers here!

We hire great people. We are committed to their development and providing a great employee & guest experience. We believe in consistent daily execution in our menu, in our service and in our everyday guest standards.

Our motto is:

> "Be nice to each other!
>  Be nice to your guests!
>  Be nice to our vendors!"

That about says it all. Be nice, be a team player and we will all get along great.

## TEAM WORK & INTERDEPENDENCE

Teamwork means to achieve whatever is planned, by helping each other. Teamwork is the spirit to care for others in your group help them, support them, and then win together.

Interdependence means that all the employees work together with mutual respect for each other to get the job done. Together, they are a system of cooperation that ensures the job will get done smoothly.

Every job in the restaurant is everyone's responsibility. It takes all of us working together to keep our guests coming back for more. Always ask for help if you need it. If someone is struggling, help them – someone will do the same for you. If there is food to be run, run it. If there is nothing going on inside, check the patio. If there is paper on the floor, pick it up. We want our restaurant to be clean and look good. In order for that to happen, everyone has to help out. If something needs to be stocked, stock it. If silverware needs to be sorted, sort it. Check the restroom for cleanliness. If you are not busy, find something to do.

## YOUR LEADERSHIP TEAM

Chef Partner: Jack Gilmore
Managing Partner: Tom Kamm
President: Nick Rotas

Director of Operations: Parker
Richardson
Culinary Director: Chris Ten Eyck
Beverage Director: David Toby
Director of Benefits/HR: Anita McNabb
JAK Pastry Chef: Diana (Dee Dee) Sanchez
Director of Training: Preston Pruett

## JAK HAPPY HOUR

JAK will feature happy hour five days a week. Happy hour will be available Monday through Friday, from 3 p.m. until 6:30 p.m. Our happy hour specials consist of ½ price appetizers, $1 off any alcoholic beverage and $4 off a bottle of wine. Happy hour will be available throughout the entire restaurant and is for dine-in only.

## STCC HAPPY HOUR

STCC will feature happy hour Monday through Friday. Monday happy hour is all night, from 3:30 p.m. until 9 p.m., and Tuesday through Friday happy hour is from 3:30 p.m. until 6:30 p.m. Our happy hour specials consist of drink specials, $1 Gulf oysters and $5 off all Beginnings. Happy hour will be available throughout the entire restaurant and is for dine-in only.

# Compensation

## PAY DAYS, PAYCHECKS & DOCUMENTATION OF HOURS WORKED

- The official workweek for all employees begins at 12:01 a.m. on Monday morning and ends at midnight on Sunday.
- Payday is bi-weekly on every other Friday.
- If a payday falls on a holiday, you will receive your check on the working day before the holiday.
- If you are unable to pick your check up on payday, make arrangements with a Manager for receipt of your paycheck. Managers will not mail your check or release your check to anyone other than you without your written authorization.
- You are required to keep track of your hours by keeping your time receipts provided by the computer when you clock out. Use these receipts to verify your hours to your paycheck. If there is a problem with a paycheck, please see a Manager immediately.
- If you are an hourly Employee, you will receive overtime pay in accordance with federal, state, and local regulations.
- Overtime is allowed if authorized with an approval from a Manager. At times, you may be required to work overtime hours in order to better serve our guests. We will try to provide advance notice to lessen the inconvenience to you.
- Employees should only be clocked in while actually working, no more than 5 minutes before a scheduled shift, and clocking out in a timely manner after being cut.
- According to federal law, we do not allow employees to work "off the clock." "Off the clock" means performing work when you are not clocked in, so that you are not being paid for that time. You must record all time worked, so that you can be properly paid for that time. Working "off the clock" is strictly prohibited. If anyone asks you to work "off the clock," report it to a Chef or Manager immediately.
- We do not provide advances of paychecks or loans.
- Your paycheck will contain several pieces of information. If you have any questions concerning your paycheck, see a Manager.

## DEDUCTIONS

All required state and federal taxes will automatically be withheld from your paycheck per state and federal law.

## EMPLOYEE STATUS

While working at JAK and STCC, you will be classified in one of the following employment categories:
- Full-Time Employee – If your shifts equal an average of 30+ hours consistently in a work week, you are a full-time Employee and eligible for vacation.
- Part-Time Employee – If your shifts equal an average of less than 30+ hours per work week, you are a part-time Employee.
- Variable Hour Employee -is an employee who, upon hiring, the employer is unable to determine whether or not the employee will regularly work 30 or more hours per week.
- All hourly employees are considered nonexempt employees and must receive overtime pay for hours worked over 40 per workweek (any fixed and regularly recurring period of 168 hours – seven consecutive 24-hour periods) at a rate not less than one and one-half times the regular rate of pay. There is no limit on the number of hours employees 16 years or older may work in any workweek. The FLSA does not require overtime pay for work on weekends, holidays, or regular days of rest, unless overtime is worked on such days.
- If you have any questions about your classification, please speak with one of the managers.

## NOTICE OF TIP CREDIT

Under the Fair Labor Standards Act (FLSA), employees are guaranteed to be paid the minimum wage, which is currently $7.25 per hour. However, the FLSA allows JAK and STCC to use tips earned by employees as a credit against the minimum wage obligation. JAK and STCC will apply this tip credit for all employees who qualify as "tipped employees." "Tipped employees" are those employees who customarily and regularly receive at least $30 per month in tips. At JAK and STCC, that includes servers, bartenders, hosts/hostesses, food runners, and bussers. Unless otherwise notified by your Manager, all employees in these positions will be subject to tip crediting.

Employees subject to tip crediting should be aware of the following:

- o  Employees subject to a tip credit will be paid a cash wage of at least $2.13 per hour.
- o  The amount JAK and STCC will count as a tip credit will not exceed $5.12 per hour (which is the difference between the minimum cash wage of $2.13 and the current minimum wage of $7.25).
- o  The tip credit claimed by JAK and STCC will, in no event, exceed the amount of tips actually received by you. If you do not earn tips equal to at least $5.12 per hour, then JAK and STCC will increase your cash wage so that you are earning at least the minimum wage per hour.
- o  All tips received by you are to be retained by you, except to the extent they are contributed to a valid tip pooling arrangement for employees who customarily and regularly receive tips. Other than the tip pool, JAK and STCC will not retain your tips for any other purpose.
- o  The tip credit will not apply to you unless you are informed of these tip credit provisions. By signing the attached Employee Guide Acknowledgement, you acknowledge that you have been informed of these tip credit provisions.
- o  JAK and STCC utilize a tip pooling program whereby tips are shared among employees who customarily and regularly receive tips. Your Manager will notify you of the required tip pool contribution amount. JAK and STCC will only take a tip credit for the amount of tips you actually receive, whether individually or through the tip pool.
- o  The Toast system is set up to automatically calculate and claim your credit card tips, as well as back out the appropriate 4.5% of your gross sales that is distributed to the non-directly tipped employees. (food runners, bussers, hosts, silverware roller and bartenders) unless there are no non-directly tipped employees on the shift. When clocking out, you will be required to claim a minimum of 16% of your cash sales in order to complete the clock out process. If you claim less than 16%, the POS system will alert you that you have not claimed enough and to try again. If you feel that you have not made more than 16% of sales on this shift, alert the on-duty Manager who has the ability to override this function if the threshold was not attained by you on any given shift.

If you have any questions about JAK and STCC's tip credit or tip pooling practices, contact your Manager.

## EMPLOYEE INSURANCE

JAK and STCC offer insurance to hourly tipped, non-tipped full-time employees and variable hour employees. Full time non-tipped and tipped employees will be eligible to join the company's insurance plan on the first of the month following 30 days of being employed by JAK and STCC. Full-time employees are described as working an average of 30 hours or more a week consecutively.

Tipped and variable hour employees will be eligible to join the company's insurance plan after 1 full year of service. To be eligible they must meet the one year tracking /measurement requirements. The tracking/measurement period for variable hour employees begins 30 days after employment. The measurement is used to determine if the employee is working an average of 30+ hours a week consecutively.

JAK and STCC offer a choice of 4 health plans, a dental plan and eye plan for the Employee to choose from, with the company bearing the cost of 75% of the of the base plan, to be applied to any of the plans for the Employee. The team member is responsible for 25% of the premium for themselves and would bear the total cost of any family member that he or she may add to the insurance.

## VACATION

**We hope you enjoy being at work and we also know you value your time away from work.**

JAK and STCC full-time hourly employees are eligible to earn vacation time. Vacation time is accrued in the first year. When taking vacation time, you will be paid based on the average number of hours you have worked per week over the last 16 weeks. When taking vacation day(s), you will receive your regular hourly rate or minimum wage, whichever is greater.

There are two types of vacation: scheduled and unscheduled. Examples of each are:

- Scheduled vacation - Vacation, time to attend to personal matters, "mental health" days, appointments, time off to join family or friends at significant events and other sorts of scheduled or pre-planned events, where you know about the need to be off work in advance.
- Unscheduled vacation - Your own illness or accidents, or that of a person for whom you care, or other personal matters where you need to be away from work and could not know about the need in advance.

Vacation is earned according the following schedule:

| Full-Time Hourly Employee Years of Service | Vacation Days |
|---|---|
| After 1 year | 5 days |
| After 5 years | 10 days |

In using vacation, we ask that you follow these guidelines:

1. Please schedule vacation as far in advance as possible. Provide your Department Manager with your written request for vacation time no later than three weeks in advance. Written approval must be given before the Employee is guaranteed the time off. If there is not enough advance notice given, and/or the work schedule cannot be accommodated, you may be asked to take alternative days off. (If you take the time anyway, corrective action and no payout of vacation may occur.) In other words, please work with us so you can get the time off you need but allow us to accomplish our business goals.
2. If you have a sudden need for vacation (unscheduled vacation), please call your Manager immediately, or at least four hours before the start of your scheduled shift.
3. Because we offer a vacation program, we do not typically allow unpaid time off, unless required by applicable law. You need to manage your time away from work to stay within the limits of your existing vacation balance. Excessive absences beyond your vacation allotment will not allow us to achieve our business goals and are not acceptable. Unapproved vacation may result in no payout of vacation benefits.
4. It is important that you take time away from work to recharge, to get fresh perspectives, and to attend to other aspects of your life. To encourage you to do this, you must use your vacation during the year after you have earned it. You may not accrue more than 5 days of vacation during any one year, during the first 5 years of work. JAK and STCC reserve the right to schedule vacation for you if you do not voluntarily schedule vacation during the year. Unused vacation may be extended by 90 days. This extension must be approved in writing by your supervisor before the end of the calendar year or the extension will not be valid. Any unused vacation that is not approved by a Manager for a 90-day extension will not accrue or carry over to the next year.
5. JAK and STCC may provide payment in lieu of vacation time at the sole discretion of the General Manager.
6. Upon termination, vacation payout is as follows:
   - No payout will occur if you have worked less than one year.
   - If you are terminated for cause, you will not receive a vacation payout unless state law provides otherwise.
   - If you do not give or fulfill your two-week notice, you will not receive a vacation payout unless state law provides otherwise.

7.  In the case of vacation due to an illness, a doctor's note may be required and will be required for absences related to an illness that exceeds 3 days.
8.  All available vacation must be used for a Family Medical Leave Act (FMLA) or other leave mandated by law before unpaid leave is granted.


## HOLIDAYS

There are three days during the entire year that we close the restaurant:
*   Thanksgiving Day
*   Christmas Day
*   4th of July – Staff Appreciation Day

*These are unpaid holidays


## EMPLOYEE MEALS

As an Employee of JAK and STCC, you are entitled to ½ price off an entrée – before or after your shift Monday - Thursday. Due to restaurant volume, we will not provide Employee meals on Friday, Saturday, or Sunday after lunch, unless working a double. At the end of the evening on Friday and Saturday, the chef will provide a family meal & ordering food will not be permitted. Please tell the chef of any food allergies prior to family meal being prepared.

Employee meals must be ordered 30 minutes prior to the restaurant closing. Employee must be checked out and clocked out before ordering their food. Get approval from a Manager before ordering your food and find out where to take your breaks. Employee meals are not available To-Go. This discount does not apply for already discounted Happy Hour items, To-Go orders, Kids' Meals, Sides, Desserts, & some specials.

Lead Servers get 1 comped meal of their choosing each day that they are working, guidelines for ordering this meal are the same as listed above.

We know that offering energetic, enthusiastic service to our guests requires a lot of energy, so while you are working, you are welcome to drink coffee or soft drinks. Due to health code standards, all drinks must be in a closed container. Failure to keep drinks in health department-approved containers will put the restaurant's health department rating in jeopardy and will result in corrective action for the Employee.


## BE OUR GUEST

We welcome you to come in and dine with your friends and family when you are off the clock and business level permits. Please follow these steps to dine on your off time:
*   Please call ahead and talk to a Manager to make sure it is not too busy.
*   You may have up to three guests and must remain with them and not working at the time of the visit.
*   A 50% discount will be applied to food purchased for you and your guests, excluding happy hour pricing.
*   You are responsible for the payment of all alcohol, 20% gratuity and tax (where applicable) at full price.
*   This privilege is available twice a month.
*   A discount is not given on to-go food.
*   Drinking at JAK and STCC is a privilege. You may not drink after a shift in the restaurant. You may drink in the restaurant when coming in on a day off for a meal. You will be expected to act in a respectable manner and not drink to the point of intoxication. Remember, you always represent JAK and STCC, and as such will be held accountable for all of your actions while in the building.

# Work Environment

Within the varied work environments at JAK and STCC, we have certain
guidelines that everyone should follow.

This will ensure that everyone is treated consistently while having fun and
providing excellent service to our guests.

## APPEARANCE STANDARDS

- Please remember that your personal appearance is directly related to the atmosphere of the workplace and your personal appearance is the first impression that our guests will have of our restaurant.
- Dress Standards: You must be in full compliance with the dress standards for your position at all times when the restaurant is open. Non-slip shoes must always be worn. For set-up you may wear a t-shirt. No flip-flops or tank tops allowed.
- Proper grooming is required for all positions and individual dress guidelines are listed in your departmental training manual.  Proper grooming includes good hygiene (shower before every shift, use deodorant, brush teeth) – this is all part of a professional appearance.

The following appearance standards are the guideline for the entire staff:

- Hair: Any hair that touches the shoulder must be restrained. Hair must be clean and neat.
- Facial Hair: beards, goatees, and mustaches will be allowed but must be manicured and not in the growing process, the remainder of the face must be clean-shaven daily.
- All staff must be clean-shaven on a daily basis.
- Tattoos & Piercings: Tattoos are allowed but cannot be derogatory in nature. One nose piercing per Employee is allowed and must be the size of a pinhead or smaller. Tongue piercing must be flesh colored or clear.
- Make-Up, Cologne, Jewelry: All make-up, cologne, and jewelry to be worn in moderation.
- Hands: Must be clean and carefully manicured. No chipped or half-done nail polish. Washing hands several times a shift is a must for sanitary work conditions.
- Cell Phones, Etc.: JAK and STCC do not allow usage of these devices while on the floor.
- Headphones, iPods, etc.: These items present a safety and communication issue; therefore, they are not allowed while working at JAK and STCC.
- Gum Chewing: JAK and STCC do not allow gum chewing on the floor.

Violations of these standards may result in the Employee being sent home to correct the issue. This is up to the discretion of the Manager on duty.

## ATTENDANCE, TARDINESS, HOT SCHEDULES & SHIFT RESPONSIBILITY

You are a responsible adult. We expect all of our employees to arrive to work on time ready to work. If you are unable to work a shift, you are expected to cover it. Please contact a Manager immediately (at least 4 hours before start of shift) if you are sick.

We understand that life happens, and you may be occasionally be late for a shift. It is expected that you call and alert a Manager if you cannot be on time. We like for our employees to arrive 5 minutes early, so you are ready to work at your scheduled time. Excessive tardiness makes the shift harder for everyone involved and can be grounds for termination.

You will be able to request days off and we do everything in our power to honor all requests. Please understand that on occasion, due to business levels, we will not be able to honor requests.

Failure to show up or call for any scheduled shift can be grounds for termination.

Hot Schedules is an internet-based scheduling software program that JAK and STCC use in order to manage our Employee scheduling. It allows users to access their schedules online or via a mobile device, as well as easily release, pick up and switch shifts between team members, all with the approval of a Manager. During your orientation, you will be given a Hot Schedules Welcome Sheet that will give you the needed information to access Hot Schedules and set up your account. Your Department Manager will have your schedule posted on Hot Schedules by Thursday afternoon at 5 p.m. for the following week. There is a training class named "Team Member Training" under The Hot Schedules University section, where you can learn all of the information needed in order to properly utilize the software.

## OPEN DOOR / PROBLEM SOLVING

We encourage all members of our team to speak openly and honestly.

When many people work together, situations may be viewed differently. Differences of opinion are bound to occur in almost any workplace. When issues aren't resolved quickly, they can lead to deterioration in individual and group commitment to our goals. While we cannot guarantee that you will always get the answer you want, you can expect fair consideration of any problem or question that may arise.

If you think things aren't working right, talk to one of the managers or chefs. Your concern will be investigated, and you will not be penalized for raising issues.

## WORKPLACE GUIDELINES

**We believe in this basic rule:**
> Be nice to each other!
> Be nice to our guests!
> Be nice to our vendors!

That's it – short, simple and to the point. If you think about it, it really sums up everything we believe in. Now, we'll go into further detail.

While we operate in a fast-paced, flexible, and fun environment, we still believe in professional work behaviors. Profanity, rudeness, loud talking and disparaging comments about guests or fellow JAK and STCC employees is not acceptable. Cross-talking or loud discussions that may be overheard by guests in the restaurant, callers on the phone or visitors in the office are not to occur.

We believe in maintaining high ethical and professional standards and ensuring an environment free of harassment. Treating co-workers, guests and vendors with dignity and respect is an integral part of your success and the success of the company.

## POSITION DESCRIPTIONS: INTERACTING WITH DEPARTMENTS

At JAK and STCC, we have several different departments. Interdependence requires that all departments work together for the restaurant to run smoothly and provide our guests with a fun, relaxed, memorable dining experience. The following is a brief description of each department in the restaurant:

Learning everyone's name is a great way to foster cooperation and teamwork. Always remember to start the day with a SMILE and a HELLO! Remember, there are no strangers here!

### <u>BACK OF THE HOUSE POSITIONS</u>

**GRILL**: The grill person cooks most of the meat, chicken and seafood.

**PANTRY**: The pantry person preps all salads and desserts.

**APPETIZER/FRY**: The appetizer/fry person cooks most of the appetizers and all of the fried items.

**MIDDLE**: The individual who is in charge of running the line on the cook side (this person is generally a chef or sous chef but can be an hourly Employee) that works at the sauté station. Also, in charge of calling the items to the rest of the line cooks and ultimately plates up the items and moves the finished plates into the window to pass to the expo for garnish and sale.

**RAW BAR/KETTLE STATION(SALT TRADERS)**: The Raw Bar station will be responsible for the creation of crudo plates, as well as shucking oysters and making our kettle soups. It is a highly visible position but will be considered a BOH position.

**EXPEDITOR (Expo)**: The expo is the main communication link with the kitchen. Communicate all needs to the expo. The expeditor's major responsibility is quality control. The expo will coordinate tickets, garnish, and tray entrees. Help the expo by running food! Generally, a Chef or Manager will be the expo.

**PREP COOK**: The prep cook is the behind the scenes Employee. He or she preps all of the sauces and food items for the restaurant.

**DISHWASHER**: The dishwasher has one of hardest, dirtiest jobs in the restaurant. The dishwasher is responsible for washing all the dishware, glassware, and pots and pans in the restaurant. We can help make their jobs easier by scraping all dishware and stacking neatly. Be careful when putting silverware in soak – you don't want to splash the dishwasher. Help keep this area clean.

## FRONT OF THE HOUSE POSITIONS:

**BAR**: Bartenders have two guests – the guests drinking and dining with them and the employees. Things to remember:

- If your orders are not being filled immediately, find an opportunity to help others by assisting with running food, checking on your other guests or doing some running side work.
- Drinks MUST have a ticket. Per management, the bar will not fill verbal orders.
- If your drink order is not correct – Please, NO ATTITUDE. Inform the bar in a calm and courteous manner.

**BUSSER**: The busser is an Employee who interacts with every department and the guest. They contribute to our success by maintaining a clean restaurant with fully set tables and assisting with pre-bussing and refills. The busser is no one's personal assistant for the shift. A busser is there to assist everyone in numerous ways, including the guest.

**HOST**: The first and last person the guest interacts with! This Employee sets the tone. Help them stay alert, happy and organized. The best way to help is to STAY AWAY unless you are helping to seat guests, answer the phone, and/or return menus. All comments or suggestions (complaints) regarding seating, rotation and cuts must be given to the MOD.

**SERVERS**: Servers are the hospitality role models. They interact with every department and are juggling many different balls. The servers assist every department in helping with a smooth-running shift and provide the guest with a dining experience that is relaxed, fun, friendly and fast paced.

**FOOD RUNNERS:** Food runners are the food quality guardians. They ASSIST in ensuring that we serve hot food hot and cold food cold bagging up to go orders, keeping the expo stocked with items he needs, and responding to guests' requests. The servers are still responsible for running food.

## CORRECTIVE ACTIONS

We believe that in order to improve, you need to know when there is a performance or other type of issue that needs to be corrected. We utilize an action-oriented process to inform you of issues. This is designed to correct behaviors, not punish individuals. It encourages you and your Manager to work together to solve problems. **You are ultimately responsible for your behavior and performance.**

The following procedures are generally utilized with respect to corrective action. It is our policy that any conduct in our view which interferes with or adversely affects employment may lead to corrective action ranging from verbal warnings to immediate discharge.

Generally, the situation will first be discussed and reviewed with the Employee before action is taken. Depending on the conduct, corrective action may be enforced by the following methods:
- verbal warnings
- written warnings
- and/or termination

Written documentation is kept on all corrective action. The company may utilize any of the corrective action measures at any time, depending on what we deem appropriate under the circumstances. Factors which may be considered in ascertaining the appropriate steps include: seriousness of conduct, employment record, Employee's ability to correct conduct, action

14

taken with respect to similar conduct by other employees, effect on guests, effect on team as a whole, and surrounding circumstances. Note that this policy does not affect your status as an at will Employee. Some conduct may result in immediate dismissal with or without prior corrective action.

Employees are expected to cooperate with any investigation of misconduct. Further, we will continually update and review our policies and accordingly our corrective action procedure is subject to change.

## ACKNOWLEDGEMENTS

As a condition of employment, all employees are required to acknowledge with a signature any written notices issued by JAK and STCC, including policies, warnings, reprimands, or any other notice. Additionally, all employees are required to acknowledge with a signature attendance at meetings, such as safety training, all store meetings, and the like. Signing does not signify that the Employee agrees with the warning, reprimand, or similar notice, but rather that the Employee received it. Any Employee who refuses to comply with this policy can be discharged.

## PERSONNEL FILE ACCESS

We maintain required work-related records on all employees. This file includes your employment application, resume, training records, performance evaluations, salary increases, corrective action forms, and other necessary employment records. These records are the confidential property of JAK and STCC and will not be released to anyone outside the company, except as required by business necessity or law. Employees are not to disclose personnel records except as needed to conduct business or as required by law.

Only JAK and STCC employees with a legitimate reason to do so may review an Employee file. When employed with JAK and STCC, you may review your file at reasonable times and intervals and you may request that the file information be corrected, if inaccurate, or supplemented, if incomplete. You may have a copy of any form contained in your file that you have signed or as otherwise provided by law.

## APPLICATIONS

At JAK and STCC, we are always looking for good people to work in our restaurants. While we may not be hiring at any given time, it is always our practice to provide individuals interested in applying with JAK and STCC an application to fill. It is the policy of both Jack Allen's Kitchen and Salt Traders Coastal Cooking to reward our employees for referring good people to join our team. Therefore, any current employee that is listed as a reference on an employment application will receive $100 cash upon that employee completing their training and $500 for any manager or sous chef reference upon that employee completing their training.

## STANDARDS OF PROFESSIONALISM

**Certain behaviors are not tolerated and may result in immediate termination of employment.**
1. Exhibiting rude or inappropriate behavior towards guests, vendors, or employees.
2. Failing to give a high degree of service to any guest.
3. Soliciting gratuities from guests, or commenting in any way, as to the amount of gratuity given.
4. Theft of company, guest or Employee property or mishandling company cash or credit (including adding gratuities to guest checks).
5. Fighting on company premises, coercion, intimidation, or threats of any kind against guests, managers, co-workers, or vendors; soliciting persons for inappropriate purposes; or aiding and/or abetting any of the above.
6. Carrying or using weapons while at work, on company property or while attending company sponsored functions, or displaying violence in the workplace. Note that this policy does not prohibit licensed or legally authorized employees from keeping a firearm or ammunition in a locked, privately owned vehicle in a parking lot, parking garage, or other employer-provided parking area.
7. Refusing direction from management, or willful neglect of duty.
8. Falsifying guest checks, credit vouchers, expense reports, time records, and your employment records, including the employment application or resume, and other company data.
9. Disclosing confidential guest, Employee, or company information.
10. Abusing, defacing, or destroying company property or the property of a guest or co-worker.
11. Conviction of a crime where continued employment would pose a risk to JAK and STCC other employees or guests.
12. Violating any federal, state, or local laws, or encouraging others to violate such laws while on company property.
13. Disregard of company policies and guidelines, including, but not limited to:
    - Reporting to work or working under the influence of drugs or alcohol.
    - Failure to notify your Manager or designee of your absence or late arrival/early departure.
    - Unlawful harassment or discrimination.
    - Any inappropriate use of email or the Internet.
    - Failure to maintain accurate, proper cash banks or excessive or continuous cash shortages or irregularities.
    - Not performing your duties, loitering, or sleeping on the job.
    - Excessive absences or tardiness.

These are the basic terminable offense guidelines. Situations may arise that are cause for immediate termination that are not listed here. This process does not alter the basic at-will employment policy, which allows you or JAK and STCC to terminate employment at any time, with or without cause or notice.

## STANDARDS OF CONDUCT

JAK and STCC require all employees to adhere to general principles of good conduct. All of your actions must be consistent with the vision, values, and goals of JAK and STCC and should not reflect negatively on the organization.

All information about our guests, employees, personnel records, internal systems, processes, products, services, and procedures is considered confidential.

No personal or confidential information is to be sent via fax unless the recipient is present and has authorized you to send the document for his/her personal receipt.

Disclosure of confidential information in an inappropriate manner may be grounds for immediate termination (see "Terminable Offenses" list).

## CODE OF ETHICS

JAK and STCC have high standards of ethics in dealing with guest, employees, vendor, and company information. These guidelines are essential in maintaining mutual respect.

- All recipes, training manuals and other company material are strictly confidential and are the property of JAK and STCC. You should not disclose this information to anyone outside the company. Any guest who has a recipe question may be referred to a Manager or Chef.
- You should not accept any outside employment that potentially could interfere with your attendance or satisfactory performance of your duties at JAK and STCC.
- You should not attempt to influence the hiring or employment of relatives or other persons by JAK and STCC guests, vendors, or providers.
- If you have any outside interests or activities which you feel may be interpreted as a conflict of interest, please discuss these activities with your General Manager.

## CONFLICTS OF INTEREST

JAK and STCC expect undivided loyalty from its Employees when they conduct JAK and STCC business. You should not be in a position where there is a conflict between what is best for the organization and what may benefit you personally. However, JAK and STCC recognize and respect your individual right to engage in activities outside of your regular employment with the organization, within certain guidelines.

- You should not take advantage of opportunities that rightfully belong to JAK and STCC, nor should you sell your own services or products, or those of another, to outsiders if JAK and STCC offer a similar service or product.
- You should not do anything in the conduct of business that would violate any federal, state, or local law, regulation, or ordinance.

JAK and STCC reserve the right to determine when an Employee's behavior goes beyond the bounds of the Standards of Conduct, or when outside activities create a conflict with the company's interests and to take whatever action it deems necessary to resolve the conflict, up to and including discharge.

## ALCOHOL POLICY

Employees may consume alcohol only in the capacity as a guest dining in the restaurant, and never at the bar.

All employees must pay full price for all alcohol consumed and observe all policies in conjunction with responsible alcohol service and alcohol must be consumed responsibly.

## DRUGS & ALCOHOL

**At JAK and STCC, we have a zero tolerance for the use of drugs or alcohol.** The company explicitly prohibits the use, possession, solicitation, or sale of any illegal drugs (including unauthorized prescription drugs) on company premises or off site while on company business. In addition, at no time may an Employee work under the influence of any illegal drug or alcohol. Any Employee who is determined to be in possession of or under the influence of illegal drugs or alcohol while on company premises or engaging in company business shall be subject to disciplinary action, up to and including immediate termination.

An Employee is required to notify his/her Manager of any prescription medication use that may impair his/her work performance.

The company may conduct drug and alcohol testing for a job-related purpose consistent with business necessity, including, without limitation, investigation of possible Employee impairment or workplace accidents; maintenance of safety for employees, guests, and the public; maintenance of productivity, quality of services, or security of property or information; or reasonable suspicion that an Employee may be affected by drugs or alcohol. Such testing may include testing under any of the following circumstances where permitted by federal and state law: applicant testing, random testing, for-cause testing, or post-accident testing. Refusal to take a test may result in immediate termination.

Employees who test positive for drugs or alcohol in violation of this policy will be subject to disciplinary action, up to and including immediate termination of employment.

## SMOKING

Smoking is allowed in designated employees smoking areas only, as permitted by law. If you smoke, breaks should be limited and should not interfere with your job performance. Limited breaks will only be allowed at the discretion and the **approval of your Manager**, taking into account your job responsibilities and business needs. All employees must wash hands after taking a smoke break, and servers may not smoke while they still have guests in their section.

## WORKPLACE VIOLENCE

**JAK and STCC have a zero tolerance for weapons in the workplace. Bringing weapons into the workplace is unacceptable**. If you are found in possession of a dangerous weapon, you will be asked to leave the premises immediately and appropriate corrective action will be taken. This policy applies to all weapons including firearms and any instrument used or intended to be used as a weapon.

The only exception to this policy will be a licensed law enforcement officer acting in the course of duty.

## SOLICITATIONS

Solicitation by employees is not allowed. We don't want anything to take our focus off the job at hand. So, please refrain from distributing fundraisers or any other type of solicitation during work time (yes, this even applies to Girl Scout Cookies). Violation of this policy may result in corrective action. You are not allowed to solicit guests at a

18

## COMMUNICATION

We follow all federal and state regulations regarding employment. These regulations are posted on the bulletin board. This handbook will serve as a resource to you in understanding our guidelines and work standards.

The bulletin boards are used as an important form of communication.
Consult them frequently for:
- Schedules
- Employee announcements
- Internal memos
- Job notifications
- JAK and STCC announcements

## REFERENCES

We provide references for past employment verification. If someone from outside the company asks you for a reference on a current or past Employee, refer them to a Manager.

## ROBBERY & SECURITY GUIDELINES

You are dealing with the public – you never know who's going to walk through the door. If you are in a situation that could potentially prove to be dangerous, please exercise good judgment and follow these commonsense tips:
- Do not panic. Do just as you are told, no more, no less.
- Do not argue with or threaten the robber. Your safety is of utmost importance; no amount of money is more valuable than your welfare. BE SAFE!!
- Tell the robber if you need to move or do something so that he/ she will not be startled with any sudden movement that you make.
- Notice as much about the robber as possible – which hand does he/ she holds the weapon with, what color is the hair, clothes, etc. Do not be obvious.
- Do not be a hero. Do not chase the robber.
- Do everything in your power not to leave the premises with the robber. Do not do anything that will further threaten the situation.
- Call the police. Write down all information you can remember immediately: height, weight, clothing, jewelry, distinguishing marks, and weapons.
- Protect the area until police arrive, so evidence will not be destroyed.

Please be aware of your surroundings. Keep the following in mind when working at JAK and STCC.
- If you should ever notice a suspicious person or suspicious vehicle anywhere on the premises, you should report it to a Manager immediately.
- Never count large sums of money in front of guests or in the front of the restaurant where you are out in the open.
- Never discuss sales or cash in front of anyone.
- Employees should walk in groups of two or more when leaving the building.
- The rear service door is to be locked at all times. Do not open the door for any unknown persons. It should never be opened after dark, except with a Manager present. It is never to be left ajar.
- No one should be alone in the restaurant after closing.
- Off-duty employees are regarded as guests and should not be in the kitchen or office areas.

## MEDIA

Refer any media requesting information to Jack or Tom.

## EMPLOYEE BELONGINGS

We cannot be responsible for any of your belongings anywhere in the facility or on the premises. Any of your possessions on company property are subject to inspection by management at any time. You should have no expectation to privacy in any company property or any personal property brought onto company premises. This includes purses, backpacks, vehicles, or any other property brought onto company premises.

## PERSONAL PHONE CALLS

Hourly employees are not allowed to receive personal phone calls at work. Ask your friends to not call or text you at work. Talking on cell phones and text messaging is strictly prohibited.

Use of the phone for emergency purposes either inbound or outbound will be allowed. Please alert a Manager of any emergencies.

## TELEPHONE STANDARDS

It is everyone's responsibility to help answer the phone at JAK and STCC. Our standard is 3 rings or less. The restaurant is judged by how you sound, your tone, and your absolute professionalism. You must take pride in being an Employee of JAK and STCC and reflect this in all of your actions, telephone manners included.
- When you answer the restaurant's phone, SMILE, the caller will be able to hear the warmth in your voice.
  - "Good afternoon. Thank you for calling Jack Allen's Kitchen Round Rock/360/Anderson Lane/Oak Hill/Cedar Park or Salt Traders Coastal Cooking/Round Rock/Zilker Park. This is (state your name clearly). How may I help you?"
- If the call needs to be transferred, do it politely and professionally.
- Until the call has been picked up, you are responsible for the call.
- Take the time to give accurate information. If you don't have the information, transfer the caller to someone who does.
- Return calls promptly. You never know when a delay on your part might mean lost business.

## EMAIL & COMPUTER USAGE POLICY

Part of your job duties at JAK and STCC may require you to use company computers. All company-owned computers are to be used for JAK and STCC business use only. No personal computer use is authorized.

## OFF DUTY CONDUCT

The company seeks to always respect the dignity of its employees. At the same time, when an employees' conduct, off duty, either on or off premises, has the potential to impact the business and/or other members of the team or guests, the company will need to review that conduct. Thus, occasions may arise when in order to avoid the appearance of favoritism, maintain management objectivity, maintain the ability to effectively manage the team, safeguard our guests and safeguard our property, the actions of an Employee, off duty, on or off the premises, must be reviewed.

**Off duty Employees must:**

- Enter the restaurant from the main entrance.
- Stay out of the back of the house, the back office or go behind the bar, unless you have legitimate business.
- Have a reservation thru management.
- Adhere to our responsible alcohol service policy.
- Wear professional attire.
- Tip appropriately.
- Behave professionally.

It is not possible to anticipate all on or off-duty conduct or fraternization that may relate to the company's business, but we can provide general guidelines. Further, when in doubt, please ask before you act.

## RESIGNATION

Employees are free to resign at any time, with or without cause, just as JAK and STCC are free to terminate your employment at any time, with or without cause. If you should decide to resign, we ask that you give two weeks' notice to your manager. These two weeks give us the chance to conduct an exit interview, prepare your final check and seek a replacement. If you give a two-week notice, but are asked to leave earlier, you will be paid through the ending date of your original two-week notice. If you give more than a two-week notice but are asked to leave earlier, you will only be paid for the two weeks from your date of notice.

## LOST ITEMS

**All lost items found are to be immediately turned in to a Manager**. Please note the time, place, when and where you found the item. Give the information to the Manager.

When a guest calls about a lost item, advise the guest that found items are kept in the office. While it is appropriate to inform a guest that you have several found items in the office, e.g., sunglasses, avoid stating that you have that guest's specific item. Instead, invite them to return to the restaurant to meet with a Manager to review what has been found

## SERVICE ANIMALS ONLY

For the comfort level of all guests, we do not allow any animals, with the exception of service animals, in the restaurant or on the patio.

## SOCIAL MEDIA

**Protect Confidential and Private Information.** It is advised you do not use social media to discuss or disclose confidential or private information of the company or our guests. If a guest has given permission to use his or her name, be careful in your posting and if there is any question about the content be sure to seek appropriate approval. In addition, you should never post information related to current or future performance of the company, including financial information. If asked a question concerning a rumor on the current or future performance of the company, you should respond with "no comment" – never affirm or deny rumors.  You must also be careful what personal information about yourself that you choose to share online.

**Keep It Personal.** Do not give the appearance you are speaking on behalf of the company. Only authorized spokespersons may make statements on behalf of the company. To make it clear that you are writing on behalf of yourself and not on behalf of the company, write in the first person, using phrases such as "I think…" as opposed to "We believe…" or "the company's position is…"  If posting thoughts on the company's positions, use phrases like, "the postings on this site are my own and do not necessarily represent the company's views or opinions."

**Friending.** Exercise discretion in inviting coworkers, and responding to invitations from coworkers, to join social networks or become "friends," and making recommendations or referrals.  As between supervisors and subordinates, taking (and, still more, reversing) such steps may be awkward and could even feel coercive.  As among peers, while feelings of inclusion can have positive effects on working relationships, the corollary feelings of exclusion can be painful and counterproductive.

**Company Policies.** When sharing information or engaging in online communication, you should be aware of, and are required to follow, all company policies.

# Legal Information

At JAK and STCC, we adhere to Federal, State and Local employment laws,
not only because they are the law, but also because
adherence is the right thing to do.

## EQUAL EMPLOYMENT OPPORTUNITY

We warmly embrace diversity and value differences in people, and recognize differences contribute to the success of JAK and STCC. The personal characteristics that matters are those relating to skills, abilities, enthusiasm, courtesy, pride, ambition, and desire that you displayed during the interview process. What is important is that you work effectively and contribute to our goals. We provide equal opportunity in employment and advancement for all employees and applicants. And because we believe in this, and act it out, we require that all JAK and STCC employees act in support of these beliefs. To this end, JAK and STCC respectfully adhere to the following:

**RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN -** Title VII of the Civil Rights Act of 1964, as amended, protects applicants and employees from discrimination in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment, on the basis of race, color, religion, sex (including pregnancy), or national origin. Religious discrimination includes failing to reasonably accommodate an Employee's religious practices where the accommodation does not impose undue hardship.

**DISABILITY -** Title I and Title V of the Americans with Disabilities Act of 1990, as amended, protect qualified individuals from discrimination on the basis of disability in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment. Disability discrimination includes not making reasonable accommodation to the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or Employee, barring undue hardship.

**AGE -** The Age Discrimination in Employment Act of 1967, as amended, protects applicants and employees 40 years of age or older from discrimination based on age in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment.

**SEX (WAGES) -** In addition to sex discrimination prohibited by Title VII of the Civil Rights Act, as amended, the Equal Pay Act of 1963, as amended, prohibits sex discrimination in the payment of wages to women and men performing substantially equal work, in jobs that require equal skill, effort, and responsibility, under similar working conditions, in the same establishment.

**GENETICS -** Title II of the Genetic Information Nondiscrimination Act of 2008 protects applicants and Employees from discrimination based on genetic information in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment. GINA also restricts employers' acquisition of genetic information and strictly limits disclosure of genetic information. Genetic information includes information about genetic tests of applicants, employees, or their family members; the manifestation of diseases or disorders in family members (family medical history); and requests for or receipt of genetic services by applicants, Employees, or their family members

**RETALIATION -** All of these Federal laws prohibit covered entities from retaliating against a person who les a charge of discrimination, participates in a discrimination proceeding, or otherwise opposes an unlawful employment practice.

**WHAT TO DO IF YOU BELIEVE DISCRIMINATION HAS OCCURRED -** There are strict time limits for ling charges of employment discrimination. To preserve the ability of EEOC to act on your behalf and to protect your right to le a private lawsuit, should you ultimately need to, you should contact EEOC promptly when discrimination is suspected:

The U.S. Equal Employment Opportunity Commission (EEOC), 1-800-669-4000 (toll-free) or 1-800-669-6820 (toll- free TTY number for individuals with hearing impairments). EEOC information is available at www.eeoc.gov or in most telephone directories in the U.S. Government or Federal Government section. Additional information about EEOC, including information about charge ling, is available at www.eeoc.gov.

**Equal Employment Opportunity -** We ensure equal treatment for all members of the team and applicants for employment, on the basis of qualifications and without regard to race, religion, color, age –  40 or over, sex, national origin, disability, veteran status, or any other protected characteristics.

**Respectful Treatment of People -** We will not tolerate the intimidation or harassment of Employees, applicants, vendors, contractors, or guests for sexual, racial, ethnic, religious, or other illegal reasons, nor will we allow retaliation against you for reporting illegal behavior.

**Accommodations of Disabilities -** We are committed to providing employment opportunities to individuals with disabilities and will make reasonable accommodations to provide facilities that are readily accessible and usable by people with disabilities. If you need an accommodation of a disability, please talk with your Manager.  The Employee has the responsibility to provide adequate information his/her disability and the need for accommodation to the company as part of the interactive process.  Generally, reasonable accommodations will be made for qualified individuals unless it creates an undue hardship for the restaurant

**Employment Relationship -** Your employment relationship with JAK and STCC is considered "employment-at-will." This means that both you, JAK and STCC have the right to freely, and without cause, end the employment relationship. All employees are hired on a 30-day trial basis.  This ensures both parties are  happy with the working arrangement. Employees are considered "at will." Employees during this trial basis and thereafter. You should not consider any oral or written statement as a contract with JAK and STCC for employment for any particular length of time. Any employment agreement must be in writing signed by a partner of the company. Any "agreements" not handled in this manner will be considered invalid and will not be honored.

24

## IMMIGRATION LAW COMPLIANCE

JAK and STCC follow state and federal laws on individuals right to work in the United States. An I-9 will be completed on the Employees first day of employment, or before the first day of work if an offer has been made before, and he or she has accepted the position. The Employee must present to the employer an original document or documents to show their identity within 3 business days of the date the employment begins. The employer must use those documents to complete Section 2 of Form I-9 within 3 business days of the first day of work for pay.

## WORK CARDS

**Employees must have all current work cards required by law before starting to work** – Any Employee who serves alcohol must be certified by a TABC approved certification course. All employees must have a current Food Handler's Certificate health card. It is the responsibility of the Employee to keep all work cards current. Failure to keep cards current will result in corrective action, up to termination.

## DISCRIMINATION & HARRASSMENT

### NON-DISCRIMINATION POLICY STATEMENT

JAK and STCC are an equal opportunity employer, and its policies, procedures, and personnel programs are administered without regard to race, color, religion, sex, age, national origin, disability, veteran status, or any other    status protected by law. This policy applies to recruitment and placement, promotion, transfer, retention, termination, compensation, and benefits, as well as other privileges, personnel programs, and matters of employment.

This policy also applies to all activities of JAK and STCC, including providing services to JAK and STCC guests and all contacts with the public. We must extend the highest quality of service to all, without regard to race, color, religion, sex, age, national origin, disability, veteran status, or any other status protected by law.

You share in the responsibility of preventing discrimination. You should do your part to make sure you and all other employees treat each Employee, employees of clients, guests, suppliers, and others in a non-discriminatory manner. If you feel that you have been discriminated against or have knowledge of discrimination, you should immediately discuss your concerns with a Manager or chef. JAK and STCC welcome and appreciate any employees concerns regarding allegations of discrimination. Employees will not be retaliated against for making reports in good faith about alleged discrimination. Employees who make discriminatory or inappropriate remarks or who treat any Employee, guest, supplier, or other person unfairly because of that person's race, color, religion, sex, age, national origin, disability, veteran status, or any other status protected by law will be subject to discipline, up to and including discharge.

### POLICY AGAINST HARASSMENT

JAK and STCC are committed to providing a work environment that is free of offensive conduct, including harassment based on a person's race, color, religion, sex, age, national origin, disability, veteran status, or any other status protected by law.  This policy prohibits harassment in any form, including, but not limited to, slurs, jokes, and other verbal, graphic, physical conduct that is offensive and unwelcome, or that of a sexual nature.

You share in the responsibility of preventing harassment. You should do your part to make sure you and all other employees treat each Employee, employees of clients, guests, suppliers, and others with respect. If you feel that you have been harassed or have knowledge of harassment, you should immediately discuss your concerns with a Manager or chef. All incidents must be brought to the attention of the General Manager. JAK and STCC welcome and appreciate any Employee's concerns regarding allegations of harassment.  All complaints will be promptly investigated, and prompt remedial action will be taken to address any violations of this policy. Employees will not be retaliated against for making reports in good faith about alleged harassment. All complaints will be kept confidential to the extent possible, but we cannot guarantee confidentiality. Employees who make inappropriate remarks or who treat any Employee, guest, supplier, or other person because of that person's race, color, religion, sex, age, national origin, disability, veteran status, or any other status protected by law will be subject to discipline, up to and including discharge.

**SEXUAL HARASSMENT**

Sexual harassment is defined by law and includes requests for sexual favors, sexual advances, or other sexual conduct when (1) submission is either explicitly or implicitly a condition affecting employment decisions; (2) the behavior is sufficiently severe or pervasive as to create an intimidating, hostile or repugnant environment; or (3) the behavior persists despite objection by the person to whom the conduct is directed. JAK and STCC consider such behavior, whether physical or verbal, to be a breach of its standards of conduct and will seek to prevent such incidents and take corrective action when sexual harassment occurs.

**TYPES OF SEXUAL HARASSMENT**

Generally speaking, there are two types of sexual harassment, "quid pro quo" and hostile environment.
Quid pro quo (meaning "this for that") sexual harassment occurs when it is stated or implied that an employment decision about an Employee depends upon whether the Employee submits to conduct of a sexual nature. So, for example, if an Employee is made to believe that a promotion is likely if the Employee goes on a date with the Employee's supervisor, the Employee is possibly being subjected to "quid pro quo" sexual harassment.

Hostile environment sexual harassment occurs when unwelcome conduct of a sexual nature creates an intimidating, threatening or abusive work environment or is so severe, persistent, or pervasive that it affects a person's ability to do their job. While a person engaging in harassing behavior most often has some form of power or authority over the person being harassed, that is not always the case. The harasser can be a peer of the person being harassed. Sometimes the harasser is harassing a person who has power over them. For example, a supervisee can sexually harass a supervisor.

**EXAMPLES OF SEXUAL HARASSMENT**

The following descriptions, while not all-inclusive, will help you understand the types of behavior that are considered "conduct of a sexual nature" and that, if unwelcome, may constitute sexual harassment:

Unwanted sexual statements: sexual or "dirty" jokes, comments on physical attributes, spreading rumors about or rating others as to sexual activity or performance, talking about one's sexual activity in front of others and displaying or distributing sexually explicit drawings, pictures, and/or written material. Unwanted sexual statements can be made in person, in writing, electronically (email, instant messaging, blogs, web pages, etc.) and otherwise.

Unwanted personal attention: Letters, telephone calls, visits, pressure for sexual favors, pressure for unnecessary personal interaction and pressure for dates where a sexual/romantic intent appears evident but remains unwanted.

Unwanted physical or sexual advances: Touching, hugging, kissing, fondling, touching oneself sexually for others to view, sexual assault, intercourse, or other sexual activity.

## SAFETY & SANITATION

IMMEDIATELY, REPORT ALL ACCIDENTS TO THE MANAGER ON DUTY.
ALWAYS THINK OF THE SAFETY OF OTHERS AND THE GUEST.
ALWAYS SAY "BEHIND YOU."
NO RUNNING, FIGHTING OR HORSEPLAY.
DO NOT BRING UNAUTHORIZED VISITORS OR CHILDREN IN THE BACK OF THE HOUSE.



NEVER LIFT OBJECTS THAT ARE TOO HEAVY.
FOLLOW THESE STEPS WHEN DOING HEAVY LIFTING:
- PUSH – DO NOT PULL HEAVY OBJECTS.
- USE YOUR KNEES WHEN LIFTING.
- ALWAYS ASK FOR HELP WITH OBJECTS OVER 35 POUNDS.
- USE HAND TRUCKS FOR BULKY OBJECTS.



WHEN DEALING WITH BROKEN GLASS, NEVER ATTEMPT TO PICK IT UP WITH YOUR HANDS – ALWAYS USE A DUSTPAN OR BROOM. USE A CUTTING GLOVE, IF NECESSARY.



IMMEDIATELY ALERT PEERS AND GUESTS IF A SPILL OCCURS.
IMMEDIATELY PLACE A TOWEL OR CHAIR OVER THE WET AREA.
IMMEDIATELY HAVE AREA CLEANED – DO NOT LEAVE SPILLS UNATTENDED.
INSIDE OR OUTSIDE – ALERT GUEST TO CHANGE IN ANY AREAS THAT HAVE A STEP OR INCLINE.



WHEN CLEANING, FOLLOW ALL PROCEDURES OUTLINED ON MSDS.
DO NOT MIX CHEMICALS.
CHEMICALS MUST BE IN PROPERLY LABELED CONTAINERS.
DO NOT STORE CHEMICALS NEAR ANY FOOD OR BEVERAGE PRODUCT.



CUTTING GLOVES ARE REQUIRED WHEN USING THE MANDOLIN OR SLICER.
CUTTING GLOVES ARE REQUIRED WHEN PREPPING WITH A KNIFE.
ALWAYS USE A SHARP KNIFE. ALWAYS PROPERLY STORE KNIVES.

USE CARE AND FOLDED TOWELS WHEN REACHING FOR HOT POTS OR CONTAINERS.
FOLLOW THESE STEPS FOR CLEANING THE DEEP FRYER:
- USE CARE, THE PROPER UTENSILS AND CONTAINERS WHEN CLEANING THE DEEP FRYER.
- CAREFULLY REMOVE HOT GREASE FROM THE DEEP FRYER.
- STORE HOT GREASE IN THE PROPER CONTAINER FOR COOLING.
- DISPOSE OF GREASE THE NEXT DAY AFTER COOLING HAS OCCURRED.

KNOW WHERE YOUR FIRE EXTINGUISHERS ARE LOCATED.
KNOW WHERE THE EMERGENCY EXITS AND FIRE ESCAPES ARE LOCATED.
EXPOSED OR UNSAFE LOOKING WIRES OR SWITCHES MUST BE REPORTED TO A MANAGER IMMEDIATELY.

YOU MUST BE 18 YEARS OR OLDER TO OPERATE A TRASH COMPACTOR.

## SAFETY & SANITATION CONTINUED…

Along with a safe work environment, we expect JAK and STCC to be a clean work place as well. All equipment and tools must be thoroughly cleaned and sanitized after every use. They must then be put away in the designated storage area.

**Thorough hand washing is frequently required throughout your shift.**
**This will help alleviate the spread of germs.**
You are required to wash your hands:

| When reporting to work | After shaking hands | Before and after handling raw foods |
|---|---|---|
| After breaks | After touching hair, face, or body | After accepting deliveries |
| After eating or drinking | After touching anything that could contaminate hands | After clearing and bussing a table and visiting dish room |
| After smoking, chewing tobacco, or gum | After using the restroom | After sneezing, coughing, or using a handkerchief or tissue |
| After cleaning | After handling garbage | After touching clothing or apron |
| When changing from one food product to another | After using the telephone | After handling money |

**TO PROPERLY WASH HANDS – FOLLOW THIS PROCESS:**
1. Turn on warm water – must be a minimum of 110 degrees Fahrenheit.
2. Use warm water to wet hands, leave water running.
3. Apply soap.
4. Lather and rub hands for 20 seconds – sing the ABC's in your head to give an estimation of the time – or aloud if you want
5. Wash exposed areas of your forearm, the front and back of your hands, as well as between your fingers and under your nails.
6. Rinse thoroughly under warm running water. Let the water run back into the sink, not down to your elbows.
7. Dry hands thoroughly with a single use clean towel.
8. Turn the water off with the paper towel you used to dry your hands.
9. DO NOT touch the knob with your bare hands.

We believe in providing a safe and clean place to work. Accidents do occur on occasion. **If you incur a work-related injury or illness, no matter how minor**, **you must report it to your Manager.** Management will initiate the required paperwork. We will then work with you to obtain prompt medical care, if required.

We believe **MOST ACCIDENTS can be prevented!** We all have a responsibility to make this a safe place to work, e.g. promptly cleaning spills on the floors. If you see any unsafe situation and you have been trained to correct it, do so.   If not, report it to your Manager immediately.

29

## SERVING ALCOHOL RESPONSIBLY

**All Employees who serve alcohol are required to be TABC- certified.**
**General Carding Policies**
- **Check anyone who appears to be under 40. Serve only those 21 or older.**
- Don't worry about offending someone by asking for I.D.  Usually, only people without proper I.D. are offended.
- If minors are seated at a table with adults who are SHARING their beverages, ask the Manager to talk with them. **It is our policy not to allow alcoholic beverages to be consumed under ANY circumstances to anyone under 21.**
- To-go cups are not allowed leaving the restaurant with alcoholic beverages in them. We do not provide to-go cups to guests for alcoholic beverages.

**Proper Forms of Identification (use driver license guide book):**
- A valid driver's license with driver's photograph, state, seal, and expiration date
- Valid State Identification Card with photograph
- Military I.D. with photograph
- Passport with photograph

**Be a responsible Employee:**
1. Recognize if your guests have been drinking before they have been seated. If you question their intoxication, ask the bartender how many drinks they had at the bar.
2. If they are intoxicated do not offer an alcoholic beverage. **Notify a Manager.**
3. If they are not intoxicated but you are concerned, then – **notify a Manager** and slow down service of cocktails.
4. Ask if they have designated a driver.
5. TO-GO cups are not to be provided for alcoholic beverages.

**YOU ARE RESPONSIBLE FOR ALL GUESTS TO WHOM YOU HAVE SERVED ALCOHOL.**
**If a guest appears intoxicated:**
1. **Notify a Manager in all situations concerning guest intoxication.**
2. Keep it private - avoid embarrassing the guest.
3. Be courteous but firm - avoid confrontation; don't be afraid to say "NO."
4. Never touch a guest.
5. Stress concern for the guest's safety.
6. Stress guest liability - remind them of possible consequences (losing license, accidents, etc.)
7. Offer food and coffee or nonalcoholic beverages – TIME is the only way to change intoxication level.
8. See if a friend can drive - or ask if there is a friend who you can call.
9. **INSIST** on a cab if the alternative is an intoxicated driver. **If the guest refuses, notify a Manager immediately.**


## UNIFORMED DUTY

JAK and STCC comply with the Uniformed Services Employment and Reemployment Rights Act (USERRA) and applicable state military leave law.  If you are a member of the military, you may take leave for military duty as required by law, generally for service lasting up to five years. Any type of uniformed leave will be unpaid. However, you may use your available vacation. While on uniformed leave, you will continue to earn benefits based on length of service. Health benefits will be maintained as required by law, typically for up to 24 months. Pay and benefits return to normal on your return to work as if you had remained employed during the period of your leave. When uniformed leave is needed, please send written details of any commitments you may have to your Manager. Duty orders must be submitted immediately upon receipt. Employees retuning from uniformed leave must promptly report back to work in accordance with the timeframes provided by USERRA.

## WORKERS' COMPENSATION

JAK and STCC value the safety, health, and well-being of all Employees. It is the policy of JAK and STCC to provide safe and healthy working conditions for all of our operations and to follow the laws and regulations about the safety and health of our Employees.

Immediately report any injuries to yourself, employees, visitors, and guests however minor, to the Manager on duty. Your Manager will assist you in arranging appropriate medical attention. Failure to timely report an injury could lead to corrective action, and it may also jeopardize your entitlement to Worker's Compensation benefits. If your injury requires you to visit a medical facility for medical attention, you will be required to undergo drug testing while at the facility.

Your medical expenses will be paid for under the Worker's Compensation Insurance program, for valid worker's compensation claims. You may be eligible to receive some compensation for lost time through this program. (Lost time will be considered as a leave under the Family Medical Leave Act or similar state law when you are eligible for such leave.) The injured Employee must report immediately by phone to their supervisor following initial medical examination and after all follow up examinations.

As happy as we are to have you participate in JAK and STCC extracurricular activities (golf tournaments, softball games, etc.), these are considered voluntary activities (unless you are scheduled to actually work the activity). If you experience an injury during one of these extracurricular activities, it likely will not be covered by Worker's Compensation insurance, but it could be covered by any other medical insurance plan you participate in.

## FAMILY & MEDICAL LEAVE ACT (FMLA)

We gladly comply with the leave provisions as set forth in the Family and Medical Leave Act of 1993. This act grants Employees unpaid leaves to attend to personal medical or family issues, under certain circumstances. If you have been employed at JAK and STCC for a minimum of 12 months and have worked at least 1,250 hours during the last 12 months and there are at least 50 employees within 75 miles of the workplace, you may be eligible for a leave. If you are interested in this type of leave, please adhere to the following guidelines:

- Please notify your Manager, in writing, of your need for a leave, stating the reason, and providing supporting documentation from a doctor if appropriate. Employees must provide 30 days' advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, the Employee must provide notice as soon as practicable.
- Leaves may be requested for the birth, adoption, or foster care placement of a child; for incapacity due to pregnancy, prenatal medical care, or child birth; to care for a member of your immediate family (parent, child, or spouse) with a serious health condition; or for your own serious health condition.
- A "serious health condition" means an illness, injury, impairment or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the Employee from performing the functions of the Employee's job or prevents the qualified family member from participating in school or other daily activities. Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.
- Leaves may also be requested for a qualifying exigency arising out of the fact that your spouse, son, daughter, or parent is a covered military member on "covered active duty"; or for you to care for a covered service

31

member with a serious injury or illness if the service member is your spouse, son, daughter, parent, or next of kin (military caregiver leave).

- You may take up to 12 weeks of unpaid leave per rolling 12-month period. For military caregiver leave, you may take up to 26 weeks of unpaid leave per rolling 12-month period.
- For serious medical conditions, leaves may be taken on an intermittent basis or reduced schedule basis. (Intermittent leaves may require you to transfer temporarily to an alternative position, with equivalent pay and benefits).
- Vacation and any parental leave if taken for an FMLA qualifying reason, will run concurrently with FMLA leave.
- Any insurance benefits you receive prior to going on FMLA leave will continue during the leave, but you will be expected to pay your portion of premiums (and for dependent coverage, if applicable). No other benefits will be carried during FMLA leave, unless otherwise required by law.
- In most cases, returning to your position or an equivalent position will occur upon your return to work, assuming you are fit to perform the job and haven't exhausted your FMLA leave.

Requests for FMLA leave as a result of a serious health condition must be supported by proper medical certification. An Employee must submit a written medical certification completed by a health care provider within fifteen (15) days of requesting leave in order to qualify for leave. If an Employee provides the company with an incomplete or insufficient medical certification, the Employee will be advised in writing of what additional information is necessary to make the certification complete and sufficient. Employees must return revised medical certifications to the company within seven (7) calendar days. With employees' or their family members' permission, the company can contact employees' health care providers for clarification or authentication of medical certifications after employees have the opportunity to revise insufficient or incomplete certifications; employees' managers do not contact Employees' health care providers for such information. Employees who fail to provide a complete medical certification in a timely manner may have FMLA leave delayed or denied.

The company can require Employees to obtain a second medical certification from a health care provider that is selected and paid for by the company. If the company receives a medical opinion from the second health care provider that is different from the Employee's health care provider, the company can require the Employee to obtain a third medical certification from a third health care provider. The company and Employee will discuss and agree upon the selection of the third health care provider, and the company will pay for the third health care provider. The third health care provider's medical opinion is considered to be the final medical opinion. The company provides employees with copies of second and third medical certifications, if requested, within five business days.

FMLA leave is limited to a total of 480 hours per 12 months (8 hours per work day times 60 work days in a 12-week period). For part time employees, the hours will be appropriately adjusted. Part time Employees must work a minimum of 1250 hours per year to be eligible for FMLA benefits. To illustrate, an Employee who normally works 30 hours per week will be eligible for 360 hours of intermittent leave (30 hours per week times 12 weeks).

If an Employee's request for intermittent leave is foreseeable based on planned medical treatment, you may be required to transfer temporarily to an alternative position (with equivalent pay and benefits) in order to better accommodate repeated periods of absence.

Leave for birth, adoption or foster care of a child is not available after the expiration of 12 months following the birth, adoption, or foster care placement. If both parents work for JAK and STCC, the combined leave time is limited to 12 weeks for such events.

If both spouses work for JAK or STCC, the combined leave time to care for an ill parent is 12 weeks.

You may also be eligible for a leave under a state law. This information will be provided separately.

Employees may not work elsewhere during a leave of absence except as part of an approved rehabilitation program. Employees on leave are expected to comply with applicable company policies such as rehabilitation, confidentiality, and conflict of interest policies. Failure to comply with applicable policies may lead to discipline, including discharge upon return from any leave. Failure to return to work when scheduled may be treated as job abandonment. If an Employee needs to extend FMLA leave, or needs leave beyond that allowed under the FMLA, the Employee is responsible for contacting the company prior to the expiration of his/her leave. In such cases, additional leave may be granted consistent with the requirements of the FMLA and/or the Americans with Disabilities Act.

Employees on leave or light duty are subject to layoff or reduction in force, schedule changes, assignment changes and the like, if such events would have occurred irrespective of their leave status employees returning from a medical    leave may be required to submit a medical release to return to work.

Because this act is complicated and has many provisions, you must contact your General Manager regarding your interest in a leave.

The FMLA makes it unlawful for any employer to:

- Interfere with, restrain, or deny the exercise of any right provided under the FMLA; or
- Discharge or discriminate against any person for opposing any practice made unlawful by the FMLA or for involvement in any proceeding under or relating to the FMLA.

An Employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer. The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement which provides greater family or medical leave rights.


## INVESTIGATION

JAK and STCC reserve the right to use any lawful method of investigation which it deems necessary to determine whether any Employee has engaged in conduct warranting corrective action.  As an example, your personal belongings and vehicles, on company property, are subject to inspection. All Employees are expected to cooperate with any investigation, except as provided by applicable law. Failure to do so may lead to corrective action, up to and including discharge.

Information provided by an Employee will be treated as confidential and will only be provided to those who have a need for the information or when it is required in the course of investigating or resolving the matter. False information provided in the course of an investigation may lead to corrective action, including discharge.

**If you believe you've encountered a situation that is inconsistent with any of our promises, please discuss your concerns immediately with your General Manager or chef. There will be no retribution for addressing legitimate concerns of any inappropriate treatment or violation of laws.**

**We hope that this guide provides you with the information or resources you will need during your  employment at JAK and STCC. Again, welcome to the organization, we are glad that you have chosen us. We wish you the best of luck in your career at JAK and STCC.**

## EMPLOYEE GUIDE ACKNOWLEDGEMENT FORM

I have received the JAK/STCC Employee Guide. I understand that it is a general guide to the current policies of the company and that these policies may change from time to time with or without notice.

I understand that I am expected to follow all guidelines set forth, and I agree to do so. I further understand that I am an Employee at-will, which means that I may be terminated by JAK/STCC, or I may leave of my own choice at any time, for any reason, with or without cause or notice. I understand nothing contained in this handbook modifies, changes, or varies the at-will nature of my employment with JAK/STCC, or creates a contract of employment for a specified period of time.

I also agree to adhere to the Standards of Conduct policy. If I feel that any employment decision is unfair, other than a discharge decision, or the resolution of a sexual harassment or harassment issue, I can ask the company to reconsider it through the company's Problem Resolution Procedure.

Employee Print Name: _____

_____        _____

Employee Signature                                                Date


**PLEASE SIGN THIS FORM AND RETURN TO YOUR MANAGER WITHIN ONE WEEK OF YOUR HIRE DATE.**

34

## TIP CREDIT ACKNOWLEDGEMENT (FOR TIPPED EMPLOYEES ONLY)

Under the Fair Labor Standards Act (FLSA), employees are guaranteed to be paid the minimum wage, which currently is $7.25 per hour. However, the FLSA allows JAK and STCC to use tips earned by employees as a credit against the minimum wage obligation. JAK will apply this tip credit for all Employees who qualify as "tipped employees." "Tipped employees" are those employees who customarily and regularly receive at least $30 per month in tips. At JAK and STCC, that includes servers, bartenders, hosts/hosts, food runners, and bussers. Unless otherwise notified by your Manager, all employees in these positions will be subject to tip crediting.

Employees subject to tip crediting should be aware of the following:

- Employees subject to a tip credit will be paid a cash wage of at least $2.13 per hour.
- The amount JAK and STCC will count as a tip credit will not exceed $5.12 per hour (which is the difference between the minimum cash wage of $2.13 and the current minimum wage of $7.25).
- The tip credit claimed by JAK and STCC will in no event exceed the amount of tips actually received by you. If you do not earn tips equal to at least $5.12 per hour, then JAK and STCC will increase your cash wage so that you are earning at least the minimum wage per hour.
- All tips received by you are to be retained by you, except to the extent they are contributed to a valid tip pooling arrangement for employees who customarily and regularly receive tips. Other than the tip pool, JAK and STCC will not retain your tips for any other purpose.
- The tip credit will not apply to you unless you are informed of these tip credit provisions. By signing below, you acknowledge that you have been informed of these tip credit provisions.
- JAK and STCC utilizes a tip pooling program whereby tips are shared among Employees who customarily and regularly receive tips. Your Manager will notify you of the required tip pool contribution amount. JAK and STCC will only take a tip credit for the amount of tips you actually receive, whether individually or through the tip pool.

If you have any questions about JAK and STCC's tip credit or tip pooling practices, contact your Manager.


Employee Print Name: _____


_____            _____

Employee Signature                                              Date

35

## SERVING ALCOHOL RESPONSIBLY

By signing this form, I am validating that I have read, understand, and will comply with all of JAK/STCC guidelines outlined in the Serving Alcohol Responsibly section of this handbook.


Employee Print Name: _____


_____        _____

Employee Signature                                   Date

# Benefit Premium Deduction - Payments

---

**Purpose**

Eligible employees who are enrolled in the benefit plans offered by JAK and STCC are responsible for the cost of the premiums for all family members enrolled as well as the cost for the employee above the amount paid by JAK and STCC. All eligible and enrolled employees should receive a deduction of that cost of benefits from their paycheck. However, if there are not enough wages in the paycheck or if the eligible employee does not receive a paycheck, the benefit cost will be due within fifteen (15) days of the last paycheck date.

**Guidelines & Procedures**

It is the responsibility of the employee to pay the premiums due for elected benefits to avoid cancellation of the elected benefits.  JAK and STCC pay the full premiums at the beginning of the month for the full cost of the benefits for each eligible and enrolled employee and their family.  If the employees' portion of the premium has not been paid within 15 days of the last payroll date, the benefits will be canceled at midnight (12 am) on the last day of the month. This will be considered a voluntary cancelation due to non-payment.

1.      The corporate office will send you a letter identifying the amount due.
2.      If the employee does not receive the letter from the corporate office, the amount is still due within 15 days of the last payroll date. The elected benefits will be canceled for non-payment on the last day of the month if premium payments are not received.

Any questions or concerns about this policy should be addressed to Anita McNabb: anita@jackallenskitchen.net/ 512-639-4729.


_____        _____
Employee Signature                                          Date

37

## TIPHAUS ACKNOWLEDGEMENT FORM

JAK/STCC will be implementing a new way for tipped employees, direct and indirect, to receive their credit card tips and tips out for the day. We will be utilizing TipHaus which will allow us to send your tips to your hausmoney or haus direct account after every day worked.

All tips received by you are to be retained by you, except to the extent they are contributed to a valid tip pooling arrangement for employees who customarily and regularly receive tips. Other than the tip pool, JAK and STCC will not retain your tips for any other purpose.

If an employee is overpaid in TipHaus, whether indirect or direct tipped, repayment will be made the next day through an amount withheld in TipHaus from their tips. If there is not enough money from tips for repayment, arrangements must be made with your general manager within 24 hours of the overpayment.

Employee Print Name: _____

_____         _____

Employee Signature                                        Date

# HARASSMENT POLICY

JAK and STCC encourage reporting of all perceived incidents of discrimination, harassment, or retaliation, regardless of the offender's identity or position. Individuals who believe that they have been the victim of such conduct should discuss their concerns with their immediate supervisor, any member of the personnel practices committee, human resources, or any ombudsman. See the complaint procedure described below.

In addition, JAK and STCC encourage individuals who believe they are being subjected to such conduct to promptly advise the offender that his or her behavior is unwelcome and to request that it be discontinued. Often this action alone will resolve the problem. JAK and STCC recognize, however, that an individual may prefer to pursue the matter through complaint procedures.

**Complaint Procedure**

Individuals who believe they have been the victims of conduct prohibited by this policy or believe they have witnessed such conduct should discuss their concerns with their immediate supervisor, Human Resources representative, any member of the personnel practices committee, or a member of management they feel comfortable with.

JAK and STCC encourage the prompt reporting of complaints or concerns so that rapid and constructive action can be taken before relationships become irreparably strained. Therefore, while no fixed reporting period has been established, early reporting and intervention have proven to be the most effective method of resolving actual or perceived incidents of harassment.

Any reported allegations of harassment, discrimination, or retaliation will be investigated promptly. The investigation may include individual interviews with the parties involved and, where necessary, with individuals who may have observed the alleged conduct or may have other relevant knowledge.

JAK and STCC will maintain confidentiality throughout the investigatory process to the extent consistent with adequate investigation and appropriate corrective action.

Retaliation against an individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment and discrimination itself, will be subject to disciplinary action up to and including termination. Acts of retaliation should be reported immediately and will be promptly investigated and addressed.

Misconduct constituting harassment, discrimination, or retaliation will be dealt with appropriately. Responsive action may include, for example, training, referral to counseling, or disciplinary action such as a warning, reprimand, withholding of a promotion or pay increase, reassignment, temporary suspension without pay, or termination, as JAK and STCC believe appropriate under the circumstances.

False and malicious complaints of harassment, discrimination, or retaliation (as opposed to complaints that, even if erroneous, are made in good faith) may be the subject of appropriate disciplinary action up to and including termination.

## ACKNOWLEDGMENT OF RECEIPT AND UNDERSTANDING

I understand that my signature below indicates that I have read, understand, and received a copy of the Jack Allen's Kitchen & Salt Traders Coastal Cooking (JAK and STCC) **Nondiscrimination/Anti-Harassment Policy**.

_____

**Employee signature**

## LOCATION SPECIFIC INFORMATION: JAK OAK HILL

## YOUR MANAGEMENT TEAM

General Manager: Emily Garcia
Executive Chef: Guillermo Garcia
Sous-Chef : Isreal Rebollar
Bar Manager : Tommy Boyette
Runner/Busser Manager : Chris Davis
Service Manager : Adam Gent
Office Manager : Savannah Hurst

## HOURS OF OPERATION

One of the most predictable things about our business is the unpredictability of guest demands. The nature of our business calls for long days, late nights, and weekend work. Everyone will be expected to help out by working weekends or by working varying schedules, which could include overtime hours.

Our hours of operation are:
Monday through Thursday 11 a.m. to 9 p.m.
Friday 11 a.m. to 10:00 p.m.
Saturday 11 a.m. to 10:00 pm
Sunday 11 a.m. to 10 p.m.; brunch only from 11 a.m.-2 p.m.

## ADDRESS & PHONE NUMBER

7720 West Highway 71
Austin, TX 78735
Phone Number: (512) 852-8558
Fax Number: (512) 852-8530

## EMPLOYEE PARKING

- ALWAYS-Park behind the laundromat. Any space to the right of the handicap space is available for parking unless a sign denotes otherwise.
- These spaces are available for ALL DAY & NIGHT shifts AND SHOULD BE UTILIZED FIRST
- Parking is available in the office building for the evening shifts Monday thru Friday. From 3pm-5pm, only the lines of parking spaces facing the creek are eligible.  After 5, all spots not designated with a sign are open for employees, after the area behind laundromat is filled
- On weekends, always park behind laundromat first.  Parking in the office building is open all day, no restrictions except for designated spots, once the laundromat lot is filled.
- If you cannot find parking in the laundromat during the day, you can park next to the shed in our parking lot (this is last resort parking)

**When any member of our staff is leaving the building after working a shift, they are required to either walk out to their vehicle with another Employee leaving the building at the same time, ask a Manager for an escort, or ask another member of the team for an escort.**

## LOCATION SPECIFIC INFORMATION: JAK ROUND ROCK

## YOUR MANAGEMENT TEAM

General Manager: Celeste Venturini
Executive Chef : Javier Jaramillo
Sous-Chef : Ruben Vazques
Sous- Chef : Jose Arce
Bar Manager: Erik Jorgensen
Office/Host Manager: Kendall Grant
Service Manager: Eric Kuykendall
Runner/Busser Manager: Daniel Martinez

## HOURS OF OPERATION

One of the most predictable things about our business is the unpredictability of guest demands. The nature of our business calls for long days, late nights, and weekend work. Everyone will be expected to help out by working weekends or by working varying schedules, which could include overtime hours.

Our hours of operation are:
Monday through Thursday 11 a.m. to 9 p.m.
Friday 11 a.m. to 10:00 p.m.
Saturday 11 a.m. to 10:00 pm
Sunday 11 a.m. to 10 p.m.; brunch  only from 11 a.m.-2 p.m.

## ADDRESS & PHONE NUMBER

2500 Hoppe Trail
Round Rock, TX 78681
Phone Number: (512) 215-0372
Fax Number: (512) 215-0453

## EMPLOYEE PARKING

Parking is allowed on the street in accordance with city and municipal laws regarding parking, and in the rear of the hotel to the north of us when they are not at full capacity.

**When any member of our staff is leaving the building after working a shift, they are required to either walk out to their vehicle with another Employee leaving the building at the same time, ask a Manager for an escort, or ask another member of the team for an escort.**

41

## LOCATION SPECIFIC INFORMATION: JAK 360

## YOUR MANAGEMENT TEAM

General Manager : Jocelyn Kelly
Executive Chef : Javier Arce
Sous-Chef : Isaac Rea
Sous Chef : Victor Vasquez
Bar Manager : John Strother
Office Manager: Stephanie Perez
Service Manager: Nancy Serafino
Host Manager: Kaja Arrendondo

## HOURS OF OPERATION

One of the most predictable things about our business is the unpredictability of guest demands. The nature of our business calls for long days, late nights, and weekend work. Everyone will be expected to help out by working weekends or by working varying schedules, which could include overtime hours.

Our hours of operation are:
Monday through Thursday 11 a.m. to 9 p.m.
Friday 11 a.m. to 10:00 p.m.
Saturday 11 a.m. to 10:00 pm
Sunday 11 a.m. to 10 p.m.; brunch only from 11 a.m.-2 p.m.

## ADDRESS & PHONE NUMBER

3600 N. Capitol of Texas Highway Building D
Austin, TX 78746
Phone Number: (512) 351-9399
Fax Number: (512) 351-9171

## EMPLOYEE PARKING

All Employees are required to park in the parking garage next to the office building in spots not designated as reserved.

**When any member of our staff is leaving the building after working a shift, they are required to either walk out to their vehicle with another Employee leaving the building at the same time, ask a Manager for an escort, or ask another member of the team for an escort**.

## LOCATION SPECIFIC INFORMATION: JAK ANDERSON LANE

## YOUR MANAGEMENT TEAM

General Manager: Brad Beaird
Executive Chef: Hugo Siquina Satey
Sous Chef: Jason Feng
Bar Manager: Alexandra Deitrich
Service Manager: Rob Manzi
Office/Host Manager: K-la Dossing

## HOURS OF OPERATION

One of the most predictable things about our business is the unpredictability of guest demands. The nature of our business calls for long days, late nights, and weekend work. Everyone will be expected to help out by working weekends or by working varying schedules, which could include overtime hours.

Our hours of operation are:
Monday through Thursday 11 a.m. to 9 p.m.
Friday 11 a.m. to 10:00 p.m.
Saturday 11 a.m. to 10:00 pm
Sunday 11 a.m. to 10 p.m.; brunch  only from 11 a.m.-2 p.m.

## ADDRESS & PHONE NUMBER

3010 West Anderson Lane Suite D
Austin, TX 78757
Phone Number: (512) 428-6944

## EMPLOYEE PARKING

Parking is allowed in the rear of the building or street; front lot parking is not authorized.

**When any member of our staff is leaving the building after working a shift, they are required to either walk out to their vehicle with another Employee leaving the building at the same time, ask a Manager for an escort, or ask another member of the team for an escort**.

## LOCATION SPECIFIC INFORMATION: JAK CEDAR PARK

## YOUR MANAGEMENT TEAM

General Manager: Ben Bronson
Executive Chef: Javier Ace- Hernandez
Sous Chef: Abraham Troche
Sous Chef: Alonso Medina
Bar Manager: Christiana Veronesi
Service Manager: Tim Graham
Office/Host Manager: Kristin Myers

## HOURS OF OPERATION

One of the most predictable things about our business is the unpredictability of guest demands. The nature of our business calls for long days, late nights, and weekend work. Everyone will be expected to help out by working weekends or by working varying schedules, which could include overtime hours.

Our hours of operation are:
Monday through Thursday 11 a.m. to 9 p.m.
Friday 11 a.m. to 10:00 p.m.
Saturday 11 a.m. to 10:00 pm
Sunday 11 a.m. to 10 p.m.; brunch  only from 11 a.m.-2 p.m.

## ADDRESS & PHONE NUMBER

1345 E Whitestone Blvd.
Cedar Park TX 78613
Phone Number: (512) 5285212

## EMPLOYEE PARKING

Parking is allowed in the rear of the building closer to Starbucks; JAK's  lot parking is not authorized.

**When any member of our staff is leaving the building after working a shift, they are required to either walk out to their vehicle with another Employee leaving the building at the same time, ask a Manager for an escort, or ask another member of the team for an escort.**

## LOCATION SPECIFIC INFORMATION: SALT TRADERS COASTAL COOKING ROUND ROCK

### YOUR MANAGEMENT TEAM

General Manager: Austin Smith
Executive Chef: Luis Reyes
Sous Chef: Everado Abundo
Service  Manager: Zach Manthe
Office/Host Manager: Ashley Helstrom
Busser/Runner Manager: Patrick Davis
Bar Manager:  Iralee Bay
Pastry Chef: Courtney Franke

### HOURS OF OPERATION

One of the most predictable things about our business is the unpredictability of guest demands. The nature of our business calls for long days, late nights, and weekend work. Everyone will be expected to help out by working weekends or by working varying schedules, which could include overtime hours.

Our hours of operation are:
Sunday through Thursday 11 a.m. to 9 p.m.
Friday and Saturday 11 a.m. to 10:00 p.m.

### ADDRESS & PHONE NUMBER

2850 IH 35 North
Round Rock, TX 78681
Phone Number: (512) 351-9724

### EMPLOYEE PARKING

We encourage staff to park behind Salt Traders Coastal Cooking in the lot on all AM shifts.
Please park on the street in accordance with city and municipal parking laws on PM shifts

**When any member of our staff is leaving the building after working a shift, they are required to either walk out to their vehicle with another Employee leaving the building at the same time, ask a Manager for an escort, or ask another member of the team for an escort.**

## LOCATION SPECIFIC INFORMATION: SALT TRADERS COASTAL COOKING ZILKER PARK

## YOUR MANAGEMENT TEAM

General Manager: Brett Jorgensen
Executive Chef: Forrest Briwa
Sous Chef: Oscar Jiminez
Sous Chef: Ever Islas
Runner/ Busser Manager: Jacob Tisdale
Bar Manager: Andrew Hong
Office/Host: Erica Wolf
Service Manager: Rhiannan Stengenga
Pastry Chef: Courtney Franke

## HOURS OF OPERATION

One of the most predictable things about our business is the unpredictability of guest demands. The nature of our business calls for long days, late nights, and weekend work. Everyone will be expected to help out by working weekends or by working varying schedules, which could include overtime hours.

Our hours of operation are:
Sunday through Thursday 11 a.m. to 9 p.m.
Friday and Saturday 11 a.m. to 10:00 p.m.

## ADDRESS & PHONE NUMBER

1101 S Mopac Exp.
Austin, Texas 78746
Phone number: 737-484-0095

## EMPLOYEE PARKING

The Parking Lot is for our guests. No employees will be allowed to park in the lot. Please park in any place other than the parking garages.

**When any member of our staff is leaving the building after working a shift, they are required to either walk out to their vehicle with another Employee leaving the building at the same time, ask a Manager for an escort, or ask another member of the team for an escort.**

46

# Benefit Premium Deduction - Payments

**Purpose**

Eligible employees who are enrolled in the benefit plans offered by JAK and STCC are responsible for the cost of the premiums for all family members enrolled as well as the cost for the employee above the amount paid by JAK and STCC. All   eligible and enrolled employees should receive a deduction of that cost of benefits from their paycheck.  However, if there are not enough wages in the paycheck or if the eligible employee does not receive a paycheck, the benefit cost will be due within fifteen (15) days of the last paycheck date.

**Guidelines & Procedures**

It is the responsibility of the employee to pay the premiums due for elected benefits to avoid cancellation of the elected benefits.  JAK and STCC pay the full premiums at the beginning of the month for the full cost of the benefits for each eligible and enrolled employee and their family.  If the employees' portion of the premium has not been paid within 15 days of the last payroll date, the benefits will be canceled at midnight (12 am) on the last day of the month. This will be considered a voluntary cancelation due to non-payment.

3. The corporate office will send you a letter identifying the amount due.
4. If the employee does not receive the letter from the corporate office, the amount is still due within 15 days of the last payroll date. The elected benefits will be canceled for non-payment on the last day of the month if premium payments are not received.
5. Any questions or concerns about this policy should be addressed to Anita McNabb: anita@jackallenskitchen.net/ 512-639-4729.

_____          _____

Employee Signature                                    Date

This Page Intentionally Left Blank

3:55

## ← My Tips - Custom Date Range

Showing **Monday, 5/1** to **Wednesday, 5/31**.

# $3,610.74
### TAKE HOME

Note: Tip totals presented may change based on refunds and shift adjustments processed before the end of your pay period. This should serve as an approximation of what you'll see on your paycheck.

**Breakdown**

| | |
|---|---|
| Total Tips | $4,575.51 |
| Credit/Gift Card | $4,575.51 |
| Net Distribution | - $964.77 |
| Tip Share | - $964.77 |
| Take Home (before taxes) | $3,610.74 |

EXHIBIT B



**3:55**

← **Sent Distributions**

Tips Sent
$964.77

Busser****
Night Bartender
Runner****
Host****
Expo****
Day Bartender
Silverware Roller****
PM Roller
Side Work Night Bartender
AM Roller

| | |
|---|---|
| Busser**** | $315.556 |
| Night Bartender | $230.672 |
| Runner**** | $103.067 |
| Host**** | $90.159 |
| Expo**** | $77.250 |
| Day Bartender | $66.882 |
| Silverware Roller**** | $36.776 |
| PM Roller | $23.089 |

3:57

← **My Tips - Custom Date Range**

Showing **Saturday, 7/1** to **Monday, 7/31**.

# $3,169.01
### TAKE HOME

Note: Tip totals presented may change based on refunds and shift adjustments processed before the end of your pay period. This should serve as an approximation of what you'll see on your paycheck.

**Breakdown**

| | |
|---|---|
| Total Tips | $3,804.50 |
| Credit/Gift Card | $3,804.50 |
| Net Distribution | - $635.49 |
| Tip Share | - $763.92 |
| Tip Pool | $128.43 |

3:57

← **Sent Distributions**



| | |
|---|---|
| Busser**** | $239.342 |
| Night Bartender | $193.379 |
| Runner**** | $82.740 |
| PM Roller | $74.442 |
| Host**** | $68.384 |
| Expo**** | $54.026 |
| Day Bartender | $29.008 |
| Side Work Night Bartender | $16.955 |

4:00

← **Sent Distributions**



| | |
|---|---|
| Busser**** | $190.440 |
| Night Bartender | $154.045 |
| Runner**** | $66.871 |
| PM Roller | $58.606 |
| Host**** | $54.412 |
| Expo**** | $41.952 |
| Day Bartender | $23.319 |
| Side Work Night Bartender | $13.077 |

4:00

## ← My Tips - Custom Date Range

Showing **Tuesday, 8/1** to **Thursday, 8/31**.

# $2,330.10
### TAKE HOME

Note: Tip totals presented may change based on refunds and shift adjustments processed before the end of your pay period. This should serve as an approximation of what you'll see on your paycheck.

**Breakdown**

| | |
|---|---|
| **Total Tips** | **$2,883.16** |
| Credit/Gift Card | $2,883.16 |
| **Net Distribution** | **- $553.06** |
| Tip Share | - $610.44 |
| Tip Pool | $57.38 |

4:02

← **My Tips - Custom Date Range**

Showing **Friday, 9/1** to **Saturday, 9/30**.

# $1,940.63
## TAKE HOME

Note: Tip totals presented may change based on refunds and shift adjustments processed before the end of your pay period. This should serve as an approximation of what you'll see on your paycheck.

**Breakdown**

| | |
|---|---|
| Total Tips | $2,197.27 |
| Credit/Gift Card | $2,197.27 |
| Net Distribution | - $256.64 |
| Tip Share | - $496.59 |
| Tip Pool | $239.95 |



**4:02**

← **Sent Distributions**

Tips Sent
$496.58

Busser****

Night Bartender

Runner****

PM Roller

Host****

Expo****

Side Work Night Bartender

Day Bartender

AM Roller

| | |
|---|---|
| Busser**** | $154.491 |
| Night Bartender | $137.487 |
| Runner**** | $53.964 |
| PM Roller | $52.604 |
| Host**** | $44.140 |
| Expo**** | $34.317 |
| Side Work Night Bartender | $10.625 |
| Day Bartender | $6.379 |



4:02

← **Sent Distributions**

| | |
|---|---|
| **Tips Sent**<br>**$477.69** | Busser**** |
| | Night Bartender |
| | PM Roller |
| | Runner**** |
| | Host**** |
| | Expo**** |
| | Side Work Night Bartender |
| | Day Bartender |

| | |
|---|---|
| Busser**** | $149.354 |
| Night Bartender | $132.817 |
| PM Roller | $50.961 |
| Runner**** | $46.624 |
| Host**** | $42.673 |
| Expo**** | $38.721 |
| Side Work Night Bartender | $9.874 |
| Day Bartender | $6.663 |

4:02

# My Tips - Custom Date Range

Showing **Sunday, 10/1** to **Tuesday, 10/31**.

# $1,985.68
## TAKE HOME

Note: Tip totals presented may change based on refunds and shift adjustments processed before the end of your pay period. This should serve as an approximation of what you'll see on your paycheck.

**Breakdown**

| | |
|---|---|
| Total Tips | $2,188.06 |
| Credit/Gift Card | $2,188.06 |
| Net Distribution | - $202.39 |
| Tip Share | - $477.70 |
| Tip Pool | $275.31 |

4:03

← **My Tips - Custom Date Range**

Showing **Wednesday, 11/1** to **Thursday, 11/30.**

# $1,858.60
### TAKE HOME

Note: Tip totals presented may change based on refunds and shift adjustments processed before the end of your pay period. This should serve as an approximation of what you'll see on your paycheck.

**Breakdown**

| | |
|---|---|
| Total Tips | $2,367.60 |
| Credit/Gift Card | $2,367.60 |
| Net Distribution | - $509.00 |
| Tip Share | - $509.00 |
| Take Home (before taxes) | $1,858.60 |



4:03

← **Sent Distributions**

| | |
|---|---|
| Tips Sent | Busser**** |
| $509.00 | Night Bartender |
| | Runner**** |
| | PM Roller |
| | Host**** |
| | Expo**** |
| | Side Work Night Bartender |
| | Day Bartender |

| | |
|---|---|
| Busser**** | $158.577 |
| Night Bartender | $150.304 |
| Runner**** | $63.616 |
| PM Roller | $55.923 |
| Host**** | $45.308 |
| Expo**** | $26.999 |
| Side Work Night Bartender | $6.282 |
| Day Bartender | $1.992 |



**3:54**

← **Sent Distributions**

Tips Sent
$596.81

Busser****

Night Bartender

Runner****

PM Roller

Host****

Expo****

Day Bartender

Side Work Night Bartender

| | |
|---|---|
| Busser**** | $186.500 |
| Night Bartender | $173.416 |
| Runner**** | $77.735 |
| PM Roller | $63.953 |
| Host**** | $53.286 |
| Expo**** | $28.836 |
| Day Bartender | $7.430 |
| Side Work Night Bartender | $5.655 |

3:54

# ← My Tips - Custom Date Range

Showing **Friday, 12/1** to **Sunday, 12/31**.

# $2,223.90
## TAKE HOME

Note: Tip totals presented may change based on refunds and shift adjustments processed before the end of your pay period. This should serve as an approximation of what you'll see on your paycheck.

**Breakdown**

| | |
|---|---|
| Total Tips | $2,736.34 |
| Credit/Gift Card | $2,736.34 |
| Net Distribution | - $512.45 |
| Tip Share | - $596.82 |
| Tip Pool | $84.37 |