# UNITED STATES DISTRICT COURT
Western District of Texas

| | | |
|---|---|---|
| MICAH GIBLAINT, ET AL<br>**PLAINTIFF**<br><br>VS.<br><br>J&T RESTAURANTS ROUND ROCK, L.L.C., ET AL<br>**DEFENDANT** | § § § § § § § § § § | CAUSE NO. 1:24-cv-00909-RP |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

On Tuesday, August 13, 2024 at 3:31 PM, I received this summons in a civil action, SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, EXHIBIT A FOR JACK GILMORE.

On Wednesday, August 14, 2024 at 2:00 PM, I left the above-mentioned documents at JACK GILMORE'S residence or usual place of abode with LeAnne Gilmore, a person of suitable age and discretion, at 3502 SOCORRO TRAIL, AUSTIN, TX 78739. In addition, I mailed a copy of the summons to JACK GILMORE at their last known address of 3502 SOCORRO TRAIL, AUSTIN, TX 78739.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Wednesday, August 14, 2024

*Velma R. Flynn*

Velma R. Flynn
Process Server
1201 Louisiana St Ste 370
Houston, TX 77002

61826.00
DocID: P325494_9

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MICAH GIBLAINT and CHLOE HOSEK,<br>and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>J&T RESTAURANTS ROUND ROCK, L.L.C., et. al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-00909-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        JACK GILMORE
        3502 SOCORRO TRAIL
        AUSTIN, TX 78739

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        CHARLES L. SCALISE
        ROSS SCALISE LAW GROUP
        1104 SAN ANTONIO STREET
        AUSTIN, TX 78701
        (512) 474-7677
        CHARLES@ROSSLAWGROUP.COM

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 08/13/2024

*Signature of Clerk or Deputy Clerk*

